UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CLARENCE BEAVER and JOSEPH STILWELL,<br><br>   Plaintiffs,<br><br>  v.<br><br>COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA, in his official capacity, CORRECTIONAL OFFICER SERGEANT D. MELL, in his individual capacity, CORRECTIONAL OFFICERS JOHN DOE 1-10, WELLPATH MEDICAL STAFF JOHN DOE 1-10 and JANE DOE 1-10,<br><br>   Defendants. | No. 2:20-cv-00279 WBS DB<br><br><u>ORDER RE: DEFENDANTS' MOTION TO DISMISS</u> |

----oo0oo----

   Plaintiffs Clarence Beaver and Joseph Stilwell brought this action against defendants County of Butte ("the County"), Butte County Sheriff's Office, Sheriff Kory L. Honea, and Correctional Sergeant David Mell (collectively, "defendants")[1]

---

[1]  Defendant Wellpath Medical Staff is not a party to this

1

1  alleging violation of their Eighth and Fourteenth Amendment
2  rights under 42 U.S.C. § 1983.  (See generally Compl. (Docket No.
3  1).)  Defendants move to dismiss plaintiffs' complaint under
4  Federal Rule of Civil Procedure 12(b)(6).  (Docket No. 5.)
5           The court heard oral arguments on July 13, 2020.
6  (Docket No. 10.)  For the reasons discussed at the hearing,
7  defendants' motion to dismiss is GRANTED with leave to amend.
8  Plaintiffs shall have 20 days from the filing of this Order to
9  file an amended complaint consistent with the discussion at oral
10 argument.
11          IT IS SO ORDERED.
12 Dated:  July 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

motion.  Wellpath answered the complaint on June 19, 2020.
(Docket No. 7.)