RON MARQUEZ, SB# 272963
**LAW OFFICES OF RON MARQUEZ**
1280 E. 9th Street, Suite D
Chico, California 95928
Telephone: 530.332.8110

Attorneys for Plaintiffs
Clarence Beaver and
Joseph Stilwell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BEAVER and JOSEPH STILWELL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA in his Individual Capacity, DEPUTY PEREZ in his Individual Capacity, DEPUTY WAHLBERG in his Individual Capacity, SERGEANT CAMPBELL in his Individual Capacity, CORRECTIONAL OFFICERS JOHN DOE 1-10, WELLPATH, LLC, WELLPATH MEDICAL STAFF JOHN DOE 1-10 and JANE DOE 1-10.<br><br>Defendants. | CASE NO. 2:20-cv-00279-WBS-DB<br><br>**STIPULATION AND ORDER TO AMEND THE FIRST AMENDED COMPLAINT** |

Plaintiffs CLARENCE BEAVER and JOSEPH STILWELL along with the Butte County Defendants and the Wellpath Defendants, by and through their undersigned counsel of record and subject to the approval of the court, stipulate and request a further amendment of the First Amended Complaint in order to correct the caption and identify the proper parties. Following Butte County's responses to plaintiffs' discovery demands, plaintiffs were informed that Sergeant Campbell was not the supervising officer on duty on the day of the incident, but instead, it was Sergeant J. Behlke. Plaintiffs were also informed by counsel for Wellpath LLC that

Wellpath was not the medical provider at the jail on the day the subject incident occurred. Plaintiffs have been informed that the correct medical provider is California Forensic Medical Group ("CFMG"). With regards to "CFMG" the defendants are agreeable to substituting the name California Forensic Medical Group, Inc., ("CFMG") in place of Wellpath Medical Staff "John Doe".  For these reasons, the parties are in agreement that a further amendment of the Complaint would be prudent.

**IT IS SO STIPULATED.**

Dated: February 23, 2021

By: /s/ Ron Marquez
Law Offices of Ron Marquez
Ron Marquez, Esq.
Attorneys for Plaintiffs

By: /s/ Peter Washington
Peter Washington, Esq.
WASHINGTON & WASHINGTON
Attorneys for County of Butte, Butte County Sheriff's Office, Sheriff Kory L. Honea, Esteban Perez, Chadwick Walberg and Kerry Turner

By: /s/ Jerome Varanini
Jerome M. Varanini, Esq.
LAW OFFICES OF JEROME M. VARANINI
Attorneys for WellPath, LLC

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The caption of the Amended Complaint be further amended to reflect the removal of Sergeant Campbell as a named Defendant and replaced with the name Sergeant J. Behlke.
2. The caption shall further reflect the substitution of a WellPath John Doe and replaced with the name California Forensic Medical Group, Inc., ("CFMG").
3. The Amended Complaint shall be filed pursuant to this stipulation.

IT IS SO ORDERED.

Dated: February 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE