1  RON MARQUEZ, SB# 272963
   **LAW OFFICES OF RON MARQUEZ**
2  389 Connors Court, Suite G
   Chico, California 95926
3  Telephone: 530.332.8110

4  Attorneys for Plaintiffs
   Clarence Beaver and
5  Joseph Stilwell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BEAVER and JOSEPH STILWELL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA in his Individual Capacity, DEPUTY PEREZ in his Individual Capacity, DEPUTY WAHLBERG in his Individual Capacity, SERGEANT J. BEHLKE in his Individual Capacity, CORRECTIONAL OFFICERS JOHN DOE 1-10, WELLPATH, LLC, CALIFORNIA FORENSIC MEDICAL GROUP.<br><br>    Defendants. | CASE NO. 2:20-cv-00279-WBS-DB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF MOTION HEARING** |

The matter is on calendar for March 7, 2022 at 1:30 p.m. at 1:30 p.m. in Courtroom 5 before the Honorable William B Shubb for a Motion for Summary Judgment filed by Defendants County of Butte, Butte County Sheriff's Office, Sheriff Kory L. Honea, Esteban Perez, Chadwick Walberg, and Kerry Turner as well as a Motion for Summary Judgment filed by Defendants California Forensic Medical Group, Inc., Wellpath LLC.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that:

1. The pending motions for summary judgment be continued to **April 18, 2022 at**

**1:30 p.m.**

2. The time for responsive pleadings to the motions be modified in conjunction with the new hearing date.

3. The pretrial conference hearing be continued to J<u>une 21, 2022 at 1:30 p.m.</u>

4. The jury trial be continued to commence on **<u>August 16, 2022 at 9:00 a.m.</u>**

Dated: February 10, 2022                LAW OFFICES OF RON MARQUEZ

                                        By:   /s/ Ron Marquez
                                        Ron Marquez
                                        Attorneys for Plaintiffs

Dated: February 10, 2022                LAW OFFICES OF JEROME M. VARANINI

                                        By:   /s/ Jerome M. Varanini
                                        Jerome M. Varanini
                                        Attorneys for Defendant CFMG

Dated: February 10, 2022                WASHINGTON & WASHINGTON

                                        By:   /s/ Peter G. Washington
                                        Peter G. Washington
                                        Attorneys for County Defendants

**IT IS SO ORDERED.**

Dated:  February 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE