RON MARQUEZ. SB# 272963
LAW OFFICE OF RON MARQUEZ
389 Conners Court, Suite G
Chico, California 95926
Telephone: 530.332.8810

Attorneys for Plaintiffs
Clarence Beaver and
Joseph Stillwell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CLARENCE BEAVER and JOSEPH STILLWELL, <br><br> Plaintiff, <br><br> Vs. <br><br> COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA, in his individual capacity, et al <br><br> Defendants. | CASE NO. 2:20-cv-00279-WBS-DB <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND WELLPATH, LLC WITH PREJUDICE FOR WAIVER OF COSTS AND FEES** |
|---|---|

The parties to this action, acting through their counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate in consideration of a waiver by defendants California Forensic Medical Group, Inc., and Wellpath, LLC, of any

1
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

recoverable costs and fees as and against plaintiffs Clarence Beaver and Joseph Stillwell, Dismiss with Prejudice all claims of the action brought by plaintiffs against defendants California Forensic Medical Group, Inc., and Wellpath, LLC. This stipulation has no effect on the plaintiffs continued maintenance of their claims as to the County of Butte defendants.

DATED:   February 14, 2022          /s/ Ron Marquez
                                    _____
                                    Ron Marquez
                                    Counsel for Plaintiffs


DATED:   February 14, 2022          /s/ Jerome M. Varanini
                                    _____
                                    Jerome M. Varanini
                                    Counsel for Defendants
                                    California Forensic
                                    Medical Group, Inc., and
                                    Wellpath, Inc.


DATED:   February 14, 2022          /s/ Peter G. Washington
                                    _____
                                    Peter G. Washington
                                    Counsel for County
                                    Defendants

2
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

The Stipulation is approved. Defendants California Forensic Medical Group, Inc., and Wellpath, LLC., are hereby dismissed with prejudice.

Dated:   February 14, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE