EXHIBIT B

| BUTTE COUNTY SHERIFFS OFFICE | Page 1 |
|---|---|
| 5 C ̲LICK WAY    OROVILLE, CA 95965    530-5̲ ̲ /321 NARRATIVE | 19-01645 |

CONTROLLED DOCUMENT - NOT FOR DUPLICATION

**Source/Probable Cause:**

On March 6, 2019 from the hours of 1900 - 0700, I was working as a Butte County Correctional Deputy in full duty uniform assigned to Delta Floor. On March 7, 2019 at approximately 0250 hours, Delta Control Correctional Deputy E. Perez announced there was a physical altercation taking place in the G-Pod Housing Unit.

**Arrival/Investigation:**

Sergeant J. Behlke, and Correctional Deputies J. Castillon, J. Dawson, M. Smith, A. Moreland, C. Walberg, P. Klotz, and I responded to G-Pod. Upon arrival, I observed (VIC) Stilwell, Joseph (DOB: 07-07-84) laying prone on the ground in the lower tier restroom area bleeding from his arms and facial area. Stilwell spontaneously stated that the suspect had tried to bite him on the face. I observed (VIC) Beaver, Clarence (DOB: 02-25-71) sitting upon the upper rack of bunk 11 holding a sheet on his face which appeared to be bleeding. Beaver spontaneously stated that the suspect had assaulted him while he was sleeping. I observed (SUS) Hernandez, Antonio (DOB: 01-16-91) laying prone on the floor in the lower tier bed area between bunks 12 and 13. Hernandez was breathing heavily and had blood on his arms and hands indicating that he was a part of the altercation. Deputy Klotz placed mechanical restraints (double locked) on Hernandez.

At approximately 0300 hours, Deputy Klotz and I escorted and placed Hernandez into the Charlie Floor Interview Room. I asked Hernandez if he required any medical attention. Hernandez refused medical attention. Deputy Moreland took photographs of Hernandez.

At 0300 hours, Registered Nurse B. Lawrence and Licensed Vocational Nurse D. Shoemaker medically assessed Stilwell and Beaver for their injuries. Due to the extent of the injuries, RN Lawrence made the decision to send both victims to Oroville Hospital for medical treatment and clearance.

At 0320 hours, Deputies Klotz and Castillon took Stilwell and Beaver to Oroville Hospital. Prior to leaving for Oroville Hospital, Deputy Moreland took photographs of the injuries sustained on both Stilwell and Beaver.

At approximately 0430 hours, I read Hernandez his Miranda Rights from my county issued officer's notebook. Hernandez stated he understood his rights and elected not to speak to me. No further questions were asked.

I reviewed the video surveillance of the G-Pod housing unit during the time of the altercation. At approximately 0250 hours,

> Hernandez walked from his bunk 20 to the shower area. Hernandez took the broom stick off the broom head and walked with the broom head back to his bunk. Hernandez walked from his bunk to bunk 11 with the broom head in his hand (Due to the staircase, the camera view of Bunk 11 was completely obstructed and did not show what form of assault happened at bunk 11).
> Stilwell got off his top bunk 17 and went to bunk 11. Hernandez and Stilwell appeared from the obstructed view and can be seen involved in a physical altercation with each other. Stilwell and

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 42747   YEE, ELVIS ☑ *BODY CAMERA RECORDED* | 03/08/2019 | 39701   BEHLKE, JASON | 03/08/2019 |



| BUTTE COUNTY SHERIFFS OFFICE | Page 2 |
|---|---|
| 5 G_____ICK WAY      OROVILLE, CA 95965      530-53_ _321<br>NARRATIVE | 19-01645 |

*CONTROLLED DOCUMENT - NOT FOR DUPLICATION*

*Hernandez grabbed each other and while interlocked, Hernandez struck Stilwell one time in the facial area with a closed right hand. Stilwell and Hernandez continued the altercation which moved between bunks 12 and 13 where the camera view again became obstructed. No other strikes could be seen.*

Deputy P. Klotz retrieved a written statement from Stilwell after being advised of his Miranda Rights of what occurred while at the hospital. The statement read,

> *I was in my bunk reading my bible when inmate Antonio Hernandez walked up on my left side towards Clarence Beavers rack and struck him in the head with the broom end. I jumped off my rack to stop Mr. Hernandez from doing further damage to Mr. Beaver and Mr. Hernandez struck me in the head and then tried and partially succeeded to bite my face but the bite was not serious. I took Mr. Hernandez to the ground and our combined body weight fractured my left knee. I have received 7 staples to my forehead and am going to need surgery on my knee.*

Deputy Klotz asked Stilwell if he wanted to press charges against Hernandez. Stilwell said yes.

On March 7, 2019 at approximately 2350 hours, I had Beaver provide me a written statement after Deputy Castillon advised him of his Miranda Rights of what occurred. The statement read,

> *On 03-07-19. My name is Clarence Beaver I was woke up to a gentleman named Antonio bashing me in the face which I am told was a broom handle. After a couple of hits I began to rise I see Stilwell grab him or attempting to. Asking other guys to help him get him he took one to the head, he yelled the guy is biting him. I was still in and out wondering what was happening. Blood immediately start pouring from my eye and mouth. The lights come on I see Stilwell has the guy locked. The sheriffs come in and apprehend the guy. Escort us to the hospital.*

I asked Beaver if he wanted to press charges against Hernandez. Beaver said yes.

**Evidence:**

1 DVD of photographs taken from Hernandez, Stilwell, Beaver and video surveillance from the G-Pod Housing Unit during the time of the incident.

**Injuries:**

(VIC) Beaver suffered a left facial fracture and left leg hematoma as diagnosed by the Oroville hospital Emergency Room.

(VIC) Stilwell suffered a possible left knee fracture and an approximate 5 inch laceration to his upper right forehead area.

(SUS) Hernandez did not appear to suffer any injuries and did not complain of any pain from the altercation.

| Prepared By:<br>42747      YEE, ELVIS<br>☑ *BODY CAMERA RECORDED* | Date:<br>03/08/2019 | Approved By:<br>39701      BEHLKE, JASON | Date:<br>03/08/2019 |
|---|---|---|---|



| BUTTE COUNTY SHERIFFS OFFICE | Page 3 |
|---|---|
| 5 GILLICK WAY   OROVILLE, CA 95965   530-53_ _321  NARRATIVE | 19-01645 |

**Scene:**

G-Pod Male Housing Unit, Butte County Jail, Oroville, CA.

**Recommendations:**

Forward to District Attorney for prosecution.

**Case Status:**

Open, Active

| Prepared By: 42747    YEE, ELVIS ☑ *BODY CAMERA RECORDED* | Date: 03/08/2019 | Approved By: 39701    BEHLKE, JASON | Date: 03/08/2019 |
|---|---|---|---|

CONTROLLED DOCUMENT - NOT FOR DUPLICATION

# CLASSIFICATION HOUSING ASSIGNMENT

NAME HERNANDEZ, ANTHONY RAY          IID# 144141

| DATE | OFFICER | FROM | TO | COMMENTS |
|------|---------|------|-----|----------|
| 3/7/19 | CM | G-20B | A83 | PMP - LCD CELL, ATTACKED 2 INMATES WITH A WEAPON IN MIDDLE OF THE NIGHT, UNPREDICTABLE AND VIOLENT. |
| 4/21/19 | DP | A83 | T1 | PMP - still 2 C/D |
| 4/24/19 | 91 | T1 | Q3 | SPIT ON STAFF. WOULD NOT CUFF UP. PEPPERBALL AND PEPPER SPRAYED. NON ON SPP. |
| 4/27/19 | CM | Q3 | A83 | Pmp |
| 8/7/19 | | | | Sent state Hospital |
| 12/4/19 | Murray | A83 | A91 | Pmp |
| 1/22/20 | | | HOSP | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PC WAIVER:  YES / NO

# CLASSIFICATION HOUSING ASSIGNMENT

NAME _Hernandez, Antonio Juan_   IID# _144141_

| DATE | OFFICER | FROM | TO | COMMENTS |
|---|---|---|---|---|
| 4/23/11 | McGann | BKG | E28B | SP-3056 |
| 4·26·11 | Turner | | | Hold Dropped |
| 4/14/13 | DMS | BKG | S1/2 | PC |
| 4/21/13 | West | | | 30 DAY REVIEW |
| 5/19/13 | McGann | | | 30 day Review — No Change |
| 5/30/13 | West | | A8 | Founds OCCJ PENDING WARRANT NOT RELEASE I NOW A PC |
| 6-1-13 | 38 | S1/2 | S1/4A | PMP |
| 6/4/13 | | | Shughn | |
| 8/10/13 | DMS | BKG | E28B | PC |
| 8/10/13 | DMS | E28B | K18B | PMP- MOVED TO PROPER CLASS |
| 8/25/13 | | | T/S | |
| 10/13/13 | Acosta | BKG | L1A | PC-OCW |
| 10/16/13 | McGann | | Shughn Co | |
| 2/6/14 | | BKG | L1A | |
| 2/6/14 | | L1A | S2B | PMP - CLASSIFICATION ORDER - INMATE HOUSES WITH "BUTCHS" — S20. |
| 2/7/14 | | S2B | A35 | PULLED OUT ON SIP. POSSIBLE MENTAL ISSUE. ADSEP FOR OBSERVATION. |
| 4/25/14 | | A35 | M15B | PMP - NO LONGER ON SIP. NO REASON TO BE IN ADSEG. POSSIBLE SOME MENTAL CONCERNS. GOOD FOR MPOD. PER LT. ATTEMPTING MOVE |
| 2/25/15 | DP | M15B | G30B | PMP Refused. In Pod / Requested PC |

COB 00005

# CLASSIFICATION HOUSING ASSIGNMENT

NAME Hernandez, Antonio Juan        ID# 144141

| DATE | OFFICER | FROM | TO | COMMENTS |
|------|---------|------|-----|----------|
| 2/28/09 | KC | Bkg | M12A | PF |
| 3-08-09 | Gerta | | | 30 day rev NC |
| 4/9/09 | KC | MIDAND | | SF- Sent to Coleme on Road crew |
| 4-13-09 | A-G | | | 90 day rev NC |
| 4/23/09 | GRAY | NDAA | SD9A | PMP - KITCHEN CREW ALLERGIES and Road crew |
| 4/25/09 | GRAY | SD9A | A81 | PMP on S/w |
| 5/1/09 | GRAM | A81 | NDAA | PMP DC FROM S/w |
| 5.13.09 | Turner | | | TS |
| 8/6/09 | GRAY | BKG | SD4A | PF |
| 10/5/09 | GRAY | | | KITCHEN CREW |
| 10/11/09 | KC | | | 30 day rev - NC |
| 11-08-09 | A-G | | | 90 day rev NC |
| 11/11/09 | KC | | | tried to refuse work stated sick. ok'd by medical to work- refused again. told not to work or get fired + loose any kind of early release. Went to work |
| 12.31.09 | Turner | | | TS |
| 5.13.10 | A-G | BKG | J12A | PF |
| 08/12/10 | BENLEY | | | 30 DAY REV NC |
| 7.11.10 | A-G | | | 30 day rev NC |
| 7/28/10 | GRAM | | | SF TO STATE PRISON N/C IN CLASS |
| 8.5.10 | AG | | | CDC |

# BUTTE COUNTY SHERIFF OFFICE

## INTER-DEPARTMENT MEMORANDUM

TO:  Classification

FROM: Hernandez, Antonio Juan    144141

SUBJECT: Refusal or Removal from Protective Custody

DATE:  2/28/09

1: _AH_ I refuse Protective Custody status. I understand my classification would place me in Protective Custody due to current or past charges or because of circumstance beyond my control.

2: _AH_ I request to be housed in general population.

3: _AH_ I acknowledge that Classification has informed me of possible problems or conflicts with other inmates due to my charges or my situation.

4: _AH_ I hereby accept full responsibility and liability if I am injured or otherwise harmed because of this decision.

5: _AH_ I also understand that I may request Protective Custody status at anytime in the future.

6: _AH_ I have read, understand, and concur with the above statements.

Reason for need for Protective Custody:
273A(a) Child cruelty Poss Injury / Death   arrest
3/28/05 – no conv. info

Antonio Hernandez          Classification Officer's Signature   2/6/19
Inmate's Signature    "                                           8/25/10
Antonio – "
ref

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: _HERNANDEZ, ANTONIO_ IID# _14414_

HOUSING ASSIGNMENT: OLD: _Q3_ NEW: _A83_

REASON FOR REASSESSMENT:

1. 30 Day Review with no write ups

2. Single cell review / 72 hour Ad-Seg Review

3. Three or more disciplinary findings within 30 days

4. Population Management Program

5. Medical / Suicide Watch

6. Facility Security / Inmate Safety

7. Disciplinary Isolation: Start: _____ End: _____

8. Inmate Moved to Proper Class

9. 1203 Placement / Return

10. Hospital or Mental Health admittance / Return

11. ACS/SWAP Roll-Up

FINAL LEVEL OF CUSTODY RATING: MINIMUM    MEDIUM    MAXIMUM

REMARKS: _____
_____
_____
_____
_____

CLASSIFICATION OFFICER: _____ DATE: _4/27/9_

REVIEWING OFFICER: _____ DATE: _4/27/9_

COB 00008

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: HERNANDEZ, ANTONIO          IID# 14414

HOUSING ASSIGNMENT: OLD: T1      NEW: Q3

REASON FOR REASSESSMENT:

1. 30 Day Review with no write ups

2. Single cell review / 72 hour Ad-Seg Review

3. Three or more disciplinary findings within 30 days

4. Population Management Program

5. Medical / Suicide Watch

6. Facility Security / Inmate Safety

7. Disciplinary Isolation:  Start: _____  End: _____

8. Inmate Moved to Proper Class

9. 1203 Placement / Return

10. Hospital or Mental Health admittance / Return

11. ACS/SWAP Roll-Up

FINAL LEVEL OF CUSTODY RATING:  MINIMUM    MEDIUM    (MAXIMUM)

REMARKS: SPIT ON STAFF. WOULD NOT CUFF UP. NOW ON SPP

CLASSIFICATION OFFICER: _____     DATE: 4/24/19

REVIEWING OFFICER: _____     DATE: 4/24/16

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: _Horrandez, Antonio_   IID# _144141_

HOUSING ASSIGNMENT: OLD: _G203_   NEW: _A83_

REASON FOR REASSESSMENT:

1. 30 Day Review with no write ups

2. Single cell review / 72 hour Ad-Seg Review

3. Three or more disciplinary findings within 30 days

4. Population Management Program

5. Medical / Suicide Watch

6. Facility Security / Inmate Safety

7. Disciplinary Isolation:  Start: _____   End: _____

8. Inmate Moved to Proper Class

9. 1203 Placement / Return

10. Hospital or Mental Health admittance / Return

11. ACS/SWAP Roll-Up


FINAL LEVEL OF CUSTODY RATING:  MINIMUM     MEDIUM   MAXIMUM

REMARKS: _PMP- 2 CD Fu V_ _____

_____

_____

_____

CLASSIFICATION OFFICER: _____   DATE: _3/719_

REVIEWING OFFICER: _____   DATE: _3/7/19_

COB 00010

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: _Hernandez, Antonio_ IID# _144141_

HOUSING ASSIGNMENT: OLD: _M 1513_  NEW: _620B_

REASON FOR REASSESSMENT:

1. 30 Day Review with no write ups

2. Single cell review / 72 hour Ad-Seg Review

3. Three or more disciplinary findings within 30 days

4. Population Management Program

5. Medical / Suicide Watch

6. Facility Security / Inmate Safety

7. Disciplinary Isolation:  Start: _____ End: _____

8. Inmate Moved to Proper Class

9. 1203 Placement / Return

10. Hospital or Mental Health admittance / Return

11. ACS/SWAP Roll-Up

FINAL LEVEL OF CUSTODY RATING:  MINIMUM   MEDIUM   MAXIMUM

REMARKS: _PMP_ _____
_____
_____
_____
_____

CLASSIFICATION OFFICER: _____ DATE: _2/25/19_
REVIEWING OFFICER: _____ DATE: _2/26/19_

COB 00011

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: _____Hernandez, Antonio_____ IID# 144141_____

HOUSING ASSIGNMENT: OLD: _A85_ NEW: _M15B_

REASON FOR REASSESSMENT:

    1.  30 Day Review with no write ups

    2.  Single cell review / 72 hour Ad-Seg Review

    3.  Three or more disciplinary findings within 30 days

    4.  (Population Management Program)

    5.  Medical / Suicide Watch

    6.  Facility Security / Inmate Safety

    7.  Disciplinary Isolation:  Start: _____ End: _____

    8.  Inmate Moved to Proper Class

    9.  1203 Placement / Return

    10. Hospital or Mental Health admittance / Return

    11. ACS/SWAP Roll-Up

FINAL LEVEL OF CUSTODY RATING:  MINIMUM  (MEDIUM)  MAXIMUM

REMARKS: _____

_____

_____

_____

_____

CLASSIFICATION OFFICER: _____ DATE: 2/15/19

REVIEWING OFFICER: _____ DATE: 2/25/19

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: _Hernandez, Antonio_   IID# _144141_

HOUSING ASSIGNMENT: OLD: _52 B_   NEW: _A65_

REASON FOR REASSESSMENT:

1. 30 Day Review with no write ups

2. Single cell review / 72 hour Ad-Seg Review

3. Three or more disciplinary findings within 30 days

4. Population Management Program

5. Medical / Suicide Watch

6. Facility Security / Inmate Safety

7. Disciplinary Isolation:  Start: _____  End: _____

8. Inmate Moved to Proper Class

9. 1203 Placement / Return

10. Hospital or Mental Health admittance / Return

11. ACS/SWAP Roll-Up

FINAL LEVEL OF CUSTODY RATING:  MINIMUM    MEDIUM    MAXIMUM

REMARKS: _SPP + Mental Health_ _____
_____
_____
_____
_____

CLASSIFICATION OFFICER: _____  DATE: _2/7/19_

REVIEWING OFFICER: _____  DATE: _2/7/19_

COB 00013

# IN-CUSTODY RE-ASSESSMENT SCALE

INMATES NAME: _____ Hernandez, Antonio _____ IID# 144141 _____

HOUSING ASSIGNMENT: OLD: LIA   NEW: J2B

REASON FOR REASSESSMENT:

1. 30 Day Review with no write ups

2. Single cell review / 72 hour Ad-Seg Review

3. Three or more disciplinary findings within 30 days

4. Population Management Program

5. Medical / Suicide Watch

6. Facility Security / Inmate Safety

7. Disciplinary Isolation:  Start: _____ End: _____

8. Inmate Moved to Proper Class

9. 1203 Placement / Return

10. Hospital or Mental Health admittance / Return

11. ACS/SWAP Roll-Up

FINAL LEVEL OF CUSTODY RATING:  MINIMUM   MEDIUM   MAXIMUM

REMARKS: Inmate Houses with "Blacks" Classification order _____
_____
_____
_____
_____

CLASSIFICATION OFFICER: _____ DATE: 2/6/19
REVIEWING OFFICER: _____ DATE: 2/6/19

## INITIAL CUSTODY ASSESSMENT SCALE

Inmate Name: HERNANDEZ, ANTONIO                    ID# 144141

| | | | | |
|---|---|---|---|---|
| 1. Severity of Current Charge: | Charge: 273.5(A) | 0   2   ⑤   7 | Score: 5 |
| 2. Serious Offense History: | Charge: 32 /PR | 0   ②   5   7 | Score: 2 |
| 3. Escape History:<br>PC4530(a), 4530(b), 4532(b), WI 871, 1768.7 | Charge: | ⓪   3   7 | Score: 0 |

TOTAL ITEMS 1-3: 7

| | | | |
|---|---|---|---|
| 4. Disciplinary History: | Three Serious Write-Ups: 1<br>Four or More Write-Ups: 3 | | Score: 0 |
| 5. Prior Felony Convictions (Non Current) | None: 0<br>One: ②<br>Two or More: 4 | | Score: 2 |
| 6. Alcohol and/or Drug Abuse: | None: 0<br>One to Five: ①<br>Six or More: 3 | | Score: 1 |

TOTAL ITEMS 1-6: 10

7. Stability Factors:
Age 26 or Older: -1
Employed, Retired, School 6 Months Prior to the Arrest: -1
Lived at Same Address for 12 Months or More: -1          Score: -1

TOTAL ITEMS 1-7: 9

OVERRIDE:   ⒴ES      NO

REASON: PFW QUITE & COOP. PREVIOUS P/C HOUSING. RQ SP
AND SIGNED WAIVER.

---

FINAL CUSTODY RATING:      MINIMUM      (MEDIUM)      MAXIMUM
(Circle)

DNA IN XJAIL: ⒴ES   NO
GANG LIST UPDATED: YES   ⓃO            AFFILIATION: _____
HOLDS/ICE: YES   ⓃO                AGENCY: _____
ENEMIES: YES   ⓃO                  NAME: _____
PC WAIVER SIGNED: ⒴ES   NO
ALL FORMS SIGNED: ⒴ES   NO

PRIMARY CLASSIFICATION OFFICER: _____ 7/9   DATE: 2/6/19

SECONDARY CLASSIFICATION REVIEW: _____   DATE: 2/6/19

## Classification Questionnaire

Last Name: _Antahi_ First Name: _Hemon_ Initial: _____

Any other name(s) you have been known by: _None_

Street Address: _n/a_ City: _chico_ State: _CA_

How long have you lived at the above address? _5 months_

Are you right handed or left handed? _Left_

What is your sexual preference? (Men, (Women,) Both) _____

What is your religious preference? _Christian_

What is your race or national origin? _Black n mexican_

If you are a Foreign National have you contacted a consular or embassy official? _No_

If no, would you like one contacted? _No_ Time/Date Contacted: _____

Officer's name and Employee # that made contact: _____

Do you have facial hair? (Goatee, Mustache, Beard) _le batn_

List all of your tattoos if any (what they are/where they are) _____
_Same_

List any scars you may have _____

Do you have any amputations or prosthetics? _____

Employer's name and address: _newk_

How long have you worked for above employer? (Years/Months) _____

How many days a week do you work there? _____

Where did you go to high school? (School name/City/State)_____

**Did you graduate from High School?** NO  **If no highest grade completed**_____
*(If yes do not fill out Special Education Questionnaire)*

**Were you in any special classes in school?** Yes
**Did you have an IEP (Individual Education Plan)?** _____
*(If inmate answers yes to either of these questions, and is 18-21 years of age proceed to Special Education questionnaire.)*

Where did you go to college? NO _____

Are you currently enrolled in school?  If yes, Where? NO _____

How long have you been attending school?_____

Are you on probation or parole? (Cevar) _____ Who is your P.O.?_____

**Did you serve in the US Military or are you a widow/widower of a Veteran** _____

**Type of discharge.**  *(Circle One)*
**Honorable/ Other**_____

**Would you like to speak with a Veterans Service Representative?** _____
*(If inmate answers yes to both questions above notify Veterans Service Officer.)*

What other county jails have you been in? Reopns _____

What state prisons have you been in? Yes _____

Have you ever been in Protective Custody? Yes _____

Why were you placed there? (Charges/Enemies/Informant)_____

Have you ever escaped from custody? If yes, where/when?_____

Have you ever been written up for rule violations?_____

Have you ever been assaulted in custody?_____

Do you have any medical or mental disorders? If yes, what are they? mood swings + Im/Bipolar _____

Do you have any current injuries?_____ What?_____

Do you have private health insurance?_____ Name of company?_____

Have you ever attempted suicide? If so, when? _Yes_ 1 ½ year ago

Do you feel like killing yourself now? _no_ would like to speak with mental health

Do you drink alcohol? _No_ How much do you drink in a week? _____

Do you use street drugs? _No_ What type of drugs do you use? _None_

How do you use it? (Smoke/Snort/Intravenously) _No_

Who can we contact in case of an emergency? (Name/Address/Phone) _✓__

_____

_____

Do you have any enemies or anyone you cannot be housed with? _No_

_____

Have you ever been a victim of gang violence? If yes, when?_____
Where?_____Why?_____

Are you a gang member? _No_ Have you ever been a gang member?_____

What is the name of your gang?_____

What do the members of your gang call you?_____

What city did your gang originate in?_____

What turf does your gang claim?_____

Who is your biggest rival gang?_____

Does your gang have any special color or clothing?_____

How many men are in your gang?_____ Women?_____

Classification Officer's Comments: _Coop / Polite_____

_____

_____

CLASSIFICATION OFFICER: _____ Date: _2/6/19_

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

**TO:  Jarrod Agurkis, Operations Lieutenant**

**FROM:  Jason Behlke, Correctional Sergeant**

**SUBJECT:  Hernandez, Antonio IID#144141 Involuntary Medication**

**DATE:  09-30-19**

On 09/30/19 at approximately 1815 hours, LVN J. Hemstalk advised staff that inmate Hernandez, Antonio IID#144141 would need to have involuntary medication administered to him per medical directive.

Deputies J. Dawson, C. Walberg, M. Smith, C. Martin and K. Dunn assisted LVN J. Hemstalk with this procedure. Hernandez was instructed to lay face down on his bunk so the medication could be administered. Hernandez followed all instructions given by staff with little to no resistance. The above mentioned staff entered the cell, administered the medication via injection and exited without incident.

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

TO:        J. Agurkis, Correctional Lieutenant

FROM:    D. Mell, Correctional Sergeant

SUBJECT: Clothing and Mattress Review: Hernandez, Antonio IID# 144141

DATE:      5-14-19

On May 11, 2019 inmate Hernandez, Antonio IID# 144141 was provided a mattress.

On May 12, 2019 Hernandez destroyed the mattress and utilized it to clog the toilet flooding A-Pod.

On May 14, 2019 I spoke with Hernandez regarding his review. Hernandez denied flooding the pod with the destroyed mattress and agreed that he would not destroy any more clothing or bedding. Due to Hernandez falsely representing the truth and his recent destruction of county issued items I am keeping him on clothing and mattress review. Hernandez's status will be reviewed every 24 hours during dayshift.



# Butte County Sheriff's Office
## Jail Division
## Inter-Office Memorandum

**Date:**      **5/7/2019**

**To:**        **J. Agurkis, Operations Lieutenant**

**From:**      **T. Leonard, OIC**

**Subject:**   **Inmate Hernandez, Antonio IID#144141 Mattress Review**

On 5/7/2019 attempts were made throughout the day for communicate with Inmate Hernandez, Antonio IID#144141 regarding whether he would destroy a mattress if one were to be issued to him. Hernandez would not respond to Deputies questions.

Hernandez was not issued a new mattress. Hernandez will continue mattress review, this status will be evaluated every 24 hours.

COB 00021

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

DATE:       November 12, 2019

TO:          Classification

FROM:      Correctional Lieutenant B. Meyer

SUBJECT:  Removal of Antonio Hernandez (IID# 144141) from 2 Officer Move

I am removing Antonio Hernandez (IID# 144141) from 2 Officer Move.

Hernandez has shown improvement in his behavior, hasn't had a write up in 50 days, and has been compliant with taking his medication while on the Jail Based Competency Treatment program.

# BUTTE COUNTY SHERIFF'S OFFICE
# DISCIPLINARY ACTION REPORT

CASE # 19102300045

☒ MAJOR   ☐ SERIOUS   ☐ MINOR

INMATE NAME: HERNANDEZ, ANTONIO
(Last)          (First)

INMATE ID # 144141

Date/Time of Incident: 10/23/19 @ 1305
Date/Time Informed of Charges: 10/23/19 @ 1609   Time Waived: ☒Yes ☐No   Inmate's Initials: AH
Date/Time of Hearing: _____   Inmate Waives Presence: ☐ Yes ☒No   Inmate's Initials: AH

| HEARING | Yes | No |
|---|---|---|
| Inmate present | ☒ | ☐ |
| Inmate advised of charges | ☒ | ☐ |
| Inmate submit documentary evidence | ☐ | ☒ |
| Inmate witnesses present | ☐ | ☒ |

| FINDING | |
|---|---|
| Not Responsible | ☐ |
| Responsible - Admitted | ☒ |
| Responsible - Determined by Evidence | ☐ |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary)

Inmate's Signature: AH
Hearing Officer's Signature: _____

## REVIEW OF INMATE FILE

Projected release date: FF
Number of previous affirmed violations: SERIOUS _____   MINOR 0   MAJOR 1

## RECOMMENDED PENALTY

☐ DISCIPLINARY ISOLATION  (Maximum 10 days unless new violation)        FROM _____ TO _____
☐ DISCIPLINARY DIET  (See Title 15 - Section 1083g)                     FROM _____ TO _____
☐ LOSS OF GOOD TIME  (Earned and/or future)                            NUMBER OF DAYS _____
☐ LOSS OF WORK TIME  (Work related violation - Earned cannot be taken)  NUMBER OF DAYS _____
☐ LOSS OF COMMISSARY  (Excludes personal hygiene - Legal material)      FROM _____ TO _____
☐ LOSS OF TELEPHONE  (Excludes legal calls)                            FROM _____ TO _____
☐ LOSS OF RECREATION YARD                                              FROM _____ TO _____
☐ LOSS OF VISITS  (Excludes legal visits)                              FROM _____ TO _____
☐ REMOVAL FROM WORKER STATUS
☐ RESTRICTION TO CELL/DORMITORY                                        FROM _____ TO _____
☐ WORK CONTRACT                                                        NUMBER OF HOURS _____
☒ VERBAL COUNSELING - WARNING - REPRIMAND
COMMENTS: MAJOR FLAGRANT FAILURE to FOLLOW SAFETY + SANITATION REGULATIONS

Inmate's Signature: _____                                    Appeal: ☐ Yes ☐ No
Disciplinary Officer's Signature: L. MILES   10/30/19

Reviewer's (Lt/ASH) Signature: PHEU   Date/Time: _____
☐ AFFIRMED
☐ REDUCED (Reason): _____

☐ DISMISSED (Reason): _____

COB 00023

A-23

# BUTTE COUNTY SHERIFF'S OFFICE
# DISCIPLINARY ACTION REPORT

CASE # _____
☐ SERIOUS   ☐ MINOR

INMATE NAME: _Hernandez,_ _Antonio_
    (Last)       (First)

INMATE ID # _14141_

Date/Time of Incident: _09-23-19  0830_
Date/Time Informed of Charges: _09-23-19  1540_   Time Waived: ☐Yes ☐No   Inmate's Initials: _____
Date/Time of Hearing: _09-23-19  1540_   Inmate Waives Presence: ☐ Yes ☑No   Inmate's Initials: _____

| HEARING | Yes | No | FINDING | |
|---|---|---|---|---|
| Inmate present | ☑ | ☐ | Not Responsible | ☐ |
| Inmate advised of charges | ☑ | ☐ | Responsible - Admitted | ☐ |
| Inmate submit documentary evidence | ☐ | ☑ | Responsible - Determined by Evidence | ☑ |
| Inmate witnesses present | ☐ | ☑ | Report | |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary)
_____
_____
_____
_____

Inmate's Signature: _____
Hearing Officer's Signature: _____

## REVIEW OF INMATE FILE

Projected release date: _____
Number of previous affirmed violations:   SERIOUS _0_   MINOR _0_

## RECOMMENDED PENALTY

| | |
|---|---|
| ☐ DISCIPLINARY ISOLATION  (Maximum 10 days unless new violation) | FROM _____ TO _____ |
| ☐ DISCIPLINARY DIET (See Title 15 - Section 1083g) | FROM _____ TO _____ |
| ☐ LOSS OF GOOD TIME (Earned and/or future) | NUMBER OF DAYS _____ |
| ☐ LOSS OF WORK TIME (Work related violation - Earned cannot be taken) | NUMBER OF DAYS _____ |
| ☑ LOSS OF COMMISSARY (Excludes personal hygiene - Legal material) | FROM _10/2/19_ TO _10/9/19_ |
| ☐ LOSS OF TELEPHONE  (Excludes legal calls) | FROM _____ TO _____ |
| ☐ LOSS OF RECREATION YARD | FROM _____ TO _____ |
| ☐ LOSS OF VISITS  (Excludes legal visits) | FROM _____ TO _____ |
| ☐ REMOVAL FROM WORKER STATUS | |
| ☐ RESTRICTION TO CELL/DORMITORY | FROM _____ TO _____ |
| ☐ WORK CONTRACT | NUMBER OF HOURS _____ |
| ☐ VERBAL COUNSELING - WARNING - REPRIMAND | |

COMMENTS: _Serious Disruptive Conduct._

Inmate's Signature: _____   Appeal: ☐ Yes ☐ No
Disciplinary Officer's Signature: _____ _Reyes 58  9/24/19_

Reviewer's (Lt/ASH) Signature: _____ _____ Date/Time: _____

☐ AFFIRMED
☐ REDUCED (Reason): _____

☐ DISMISSED (Reason): _____

DISTRIBUTION: WHITE - Inmate File; CANARY - Classification; PINK - Inmate

J-110 09/25/96

COB 00024

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page 1 of 1

## REPORT INFORMATION:

☐ INFORMATION   ☐ OFFICER SAFETY   ☐ INMATE SAFETY   ☐ FACILITY SECURITY   ☐ OTHER

VIOLATION TYPE:   ☐ MAJOR   ☐ SERIOUS   ☐ MINOR

VIOLATION ENTERED INTO OFFENDERTRAK:   ☐ YES   ☐ NO

CASE #:                    EVENT #: 1909230076              DISPOSITION: JSROT

## INMATE INFORMATION:

| NAME (Last, First): | HOUSING LOCATION: | |
|---|---|---|
| Hernandez, Antonio | BEFORE: A83 | AFTER: A83 |
| IID #: 144141 | BKG #: | STATUS: |

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:
Correctional Deputies Singley, Hawk, Weber, Rykaart, Willadsen, and Ramirez

## INCIDENT INFORMATION:

| INCIDENT / VIOLATION #: | DATE: | APPROXIMATE TIME: |
|---|---|---|
| 22.14. Disruptive conduct. 25.1. Willful destruction of county property. | 09-23-2019 | 0930 hrs. |

NARRATIVE: On 09/23/2019 from the hours of 0700 to 1900 I was working in full duty uniform at the Butte County Jail Correctional Facility.  Per Sergeant Brownfiled I was assigned to work as the Charlie Floor Control Tower Correctional Deputy.

At approximately 0930 hours Inmate Hernandez, Antonio (144141) was out in the dayroom area of the A Pod Housing Unit.  While out for his allotted dayroom time he attempted to break one of the dayroom phones by smashing the phone against the mounted phone box.  I gave Inmate Hernandez multiple verbal orders to lock down, he did not comply.  Correctional staff was notified of Inmate Hernandez's unwillingness to lock down.  Correctional Deputies Singley, Hawk, Weber, Rykaart, Willadsen, and Ramirez all responded to the A Pod Housing Unit door.  As correctional staff entered the A Pod Housing Unit, Inmate Hernandez locked down within his cell without incident.

Bayoneta 67
Disp. JSROT
Event #: 1909230076

OFFICER SIGNATURE                                    BADGE #
_____   "I have received a copy of this report."

INMATE SIGNATURE                                     DATE AND TIME

RECEIVED BY SUPERVISOR                               DATE AND TIME

RECEIVED BY DISCIPLINARY OFFICER                     DATE AND TIME

HEARING DATE AND TIME                                INMATE NOTIFIED DATE AND TIME



# BUTT COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page    of

## REPORT INFORMATION:

☒ INFORMATION ☐ OFFICER SAFETY ☒ INMATE SAFETY ☐ FACILITY SECURITY ☐ OTHER

**VIOLATION TYPE:** ☐ MAJOR ☐ SERIOUS ☐ MINOR

**VIOLATION ENTERED INTO OFFENDERTRAK:** ☐ YES ☐ NO

CASE #: EVENT #: **19-05-06-0072** DISPOSITION: **JMSIN**

## INMATE INFORMATION:

NAME (Last, First):
**Hernandez, Antoino**

IID #: **144141**   BKG #:

HOUSING LOCATION:
BEFORE: **A83**   AFTER:
STATUS:

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:

## INCIDENT INFORMATION:

INCIDENT / VIOLATION #:   DATE: **05-06-2019**   APPROXIMATE TIME: **1120 hrs.**

NARRATIVE: **On 05-06-2019 I, Correctional Deputy R. Adamson, was assigned as the West Facility Roving Deputy from the hours of 0700-1900 in full duty uniform.**

**At approximately 1120 hours I was distributing afternoon meal service in the A pod Housing Unit as I approached cell A83 which currently houses inmate Hernandez, Antoino IID: 144141, as the sole occupant, I looked into the cell and observed that Hernandez had ripped his mattress into multiple pieces. I observed further that Hernandez had smeared fecal matter on the walls of the cell and had filled his toiled with torn mattress pieces.**

**At approximately 1121 hours I approached cell A85, which currently houses inmate Perrelli, Kai IID: 175333 as the sole occupant, I looked into his cell and observed food, trash and soiled clothes on the floor and in the toilet.**

**After making these observations I alerted OIC T. Leonard to the conditions of these individuals' cells, and recommended that they be placed on clothing and mattress review. OIC Leonard agreed and ordered the cells cleaned. This task was completed and both individuals were returned to their cells without incident.**

**End of Report**
**R. Adamson**
**DISPO: JMSIN**
**EVENT #**
**19-05-06-0072**

---

OFFICER SIGNATURE

BADGE #

INMATE SIGNATURE   "I have received a copy of this report."

DATE AND TIME

RECEIVED BY SUPERVISOR

DATE AND TIME

RECEIVED BY DISCIPLINARY OFFICER

DATE AND TIME



# Butte County Sheriff's Office
## Jail Division
## Inter-Office Memorandum

**Date:**       5/6/2019

**To:**         J. Agurkis, Operations Lieutenant

**From:**       T. Leonard, OIC

**Subject:**    Inmate Hernandez, Antonio IID#144141 Mattress Review

On 5/6/2019 at approximately 1200 hours I was advised during the cleaning of cell A83, currently occupied by Inmate Hernandez, Antonio IID#144141, the mattress had been destroyed. Pieces of the mattress had been shoved into the toilet.

The cell was cleaned and Hernandez was not issued a new mattress. Hernandez has been placed on mattress review. This status will be evaluated every 24 hours.

COB 00027



# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page   of

## REPORT INFORMATION:

☒ INFORMATION   ☐ OFFICER SAFETY   ☐ INMATE SAFETY   ☐ FACILITY SECURITY   ☐ OTHER

| VIOLATION TYPE: | ☐ MAJOR | ☐ SERIOUS | ☐ MINOR |
|---|---|---|---|

VIOLATION ENTERED INTO OFFENDERTRAK:   ☐ YES   ☒ NO

CASE #:          EVENT #: 1907300129          DISPOSITION: JHUS

## INMATE INFORMATION:

| NAME (Last, First): Hernandez, Antonio Juan | HOUSING LOCATION: | |
|---|---|---|
| | BEFORE: A83/1 | AFTER: A83/1 |
| IID #: 144141 | BKG #: 19001211 | STATUS: PRE-SENTENCED |

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:
Sgt Behlke & CD's Stockwell, Walberg, & Klotz

## INCIDENT INFORMATION:

| INCIDENT / VIOLATION #: Cell Cleaning | DATE: 7/30/2019 | APPROXIMATE TIME: 1000 hrs. |
|---|---|---|

NARRATIVE: **On July 30, 2019, at approximately 0750 hrs, after conducting his supervisor check, Sgt Behlke ordered me to clean cell A83, belonging to inmate Hernandez, Antonio #144141.**

**At approximately 1000, I assisted Correctional Deputy Klotz with applying waist and leg restraints, then escorted inmate Hernandez out of his cell. I then took the inmate workers from E-Pod to conduct the cleaning of cell A83.**

**During the cleaning, inmate Eastman, Barry Lee #161859 got an unknown substance in his right eye. With CD Stockwell standing by with the other workers, I escorted inmate Eastman to a sink to wash his eye out and he then returned to the cleaning detail without an further complaint of discomfort.**

**The cell search and cleaning was completed  a short time later and Hernandez was placed back into his cell. Inmate Hernandez was compliant through the entire detail.**

**Approximately a half an hour later, Dr. Ladine was on Charlie Floor and observed Eastman's right eye. Eastman was cleared for continued housing.**

**J68 Panuke**
**JHUS**
**1907300129**

OFFICER SIGNATURE

"I have received a copy of this report."
INMATE SIGNATURE

RECEIVED BY SUPERVISOR

RECEIVED BY DISCIPLINARY OFFICER

BADGE #

DATE AND TIME

DATE AND TIME

DATE AND TIME

COB 00028



# BUTTE COUNTY SHERIFF'S OFFICE
## INTER-DEPARTMENTAL MEMORANDUM

TO:        **J. Agurkis, Correctional Lieutenant**

FROM:      **D. Brownfield, Correctional Sergeant**

SUBJECT:   **Clothing Review: Hernandez, Antonio IID#144141**

DATE:      **07-27-19**

On 07-25-19 Hernandez was placed on mattress review.
On 07-27-19 I attempted to speak to Hernandez regarding his mattress review.
Hernandez refused to speak to me.
Hernandez will continue on mattress review status. This status will be reviewed every 24 hrs.

Page 1 of 1

COB 00029



# BUTTE COUNTY SHERIFF'S OFFICE
### INTER-DEPARTMENTAL MEMORANDUM

**TO:**       J. Agurkis, Correctional Lieutenant

**FROM:**     D. Brownfield, Correctional Sergeant

**SUBJECT:**  Clothing Review: Hernandez, Antonio IID#144141

**DATE:**     07-26-19

On 07-25-19 Hernandez was placed on mattress review.
On 07-26-19 Hernandez refused to speak with me regarding his mattress.
Hernandez will remain on mattress review. This status will be reviewed every 24
hrs.

Page 1 of 1

COB 00030

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

TO:      J. Agurkis, Correctional Lieutenant

FROM:    K. Turner, Correctional Sergeant

SUBJECT: Hernandez, Antonio IID 144141-Mattress Review

DATE:    July 25, 2019

At approximately 2250 hours Inmate Hernandez, Antonio IID 144141 was placed on Facility Mattress Review due to using his mattress to cover the window to his cell. His mattress was removed to enable staff to conduct health and wellbeing checks. Hernandez' mattress review status will be conducted every 24 hours during nightshift.

CC:   Jones, Jerry, Jail Commander, Under Sheriff
      Hadley, Robert, Correctional Lieutenant
      Hovey, Daryl, Correctional Lieutenant

A83

MAJ 12.4

## BUTTE COUNTY SHERIFF OFFICE
## DISCIPLINARY ACTION REPORT

CASE # _____
☐ SERIOUS   ☐ MINOR

INMATE NAME: Hernandez                    Antonio
           (Last)                        (First)

INMATE ID # 144141

Date/Time of Incident: 7-13-19 CO55
Date/Time Informed of Charges: 07/15/19  0540   Time Waived: ☒Yes ☐No  Inmate's Initials: REF
Date/Time of Hearing: 07/15/19   0540   Inmate Waives Presence: ☒Yes ☐No  Inmate's Initials: REF

| HEARING | Yes | No | FINDING | |
|---|---|---|---|---|
| Inmate present | ☒ | ☐ | Not Responsible | ☐ |
| Inmate advised of charges | ☒ | ☐ | Responsible - Admitted | ☐ |
| Inmate submit documentary evidence | ☐ | ☒ | Responsible - Determined by Evidence | ☒ |
| Inmate witnesses present | ☐ | ☒ | REPORT | |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary) REFUSED TO
PARTICIPATE, STATED "FUCK YOU I DONT WANT IT"

Inmate's Signature: REFUSED
Hearing Officer's Signature: SINKEY   46

REVIEW OF INMATE FILE

Projected release date: PF
Number of previous affirmed violations: SERIOUS Ø   MINOR Ø

RECOMMENDED PENALTY

☐ DISCIPLINARY ISOLATION (Maximum 10 days unless new violation)   FROM _____ TO _____
☐ DISCIPLINARY DIET (See Title 15  Section 1083g)   FROM _____ TO _____
☐ LOSS OF GOOD TIME (Earned and/or future)   NUMBER OF DAYS _____
☐ LOSS OF WORK TIME (Work related violation - Earned cannot be taken)   NUMBER OF DAYS _____
☒ LOSS OF COMMISSARY (Excludes personal hygiene - Legal material)   FROM 7/24/19 TO 8/14/19
☐ LOSS OF TELEPHONE (Excludes legal calls)   FROM _____ TO _____
☐ LOSS OF RECREATION YARD   FROM _____ TO _____
☒ LOSS OF VISITS (Excludes legal visits)   FROM 7/24/19 TO 8/14/19
☐ REMOVAL FROM WORKER STATUS
☐ RESTRICTION TO CELL/DORMITORY   FROM _____ TO _____
☐ WORK CONTRACT   NUMBER OF HOURS _____
☐ VERBAL COUNSELING - WARNING - REPRIMAND
COMMENTS: MAJOR 12.4 FAILURE TO FOLLOW SAFETY REGULATIONS

Inmate's Signature: _____   Appeal: ☐ Yes ☐ No
Disciplinary Officer's Signature: LARUE         7/15/19

Reviewer's (Lt/ASH) Signature: 241         Date/Time: _____

☐ AFFIRMED
☐ REDUCED (Reason): _____

☐ DISMISSED (Reason): _____



# BUTT. COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page 1 of 1

**REPORT INFORMATION:**

| ☐ INFORMATION | ☐ OFFICER SAFETY | ☐ INMATE SAFETY | ☐ FACILITY SECURITY | ☐ OTHER |
|---|---|---|---|---|

| VIOLATION TYPE: | ☒ MAJOR | ☐ SERIOUS | ☐ MINOR |
|---|---|---|---|

VIOLATION ENTERED INTO OFFENDERTRAK:   ☐ YES   ☐ NO

| CASE #: | EVENT #: 1907130018 | DISPOSITION: JMAOT |
|---|---|---|

**INMATE INFORMATION:**

| NAME (Last, First): **HERNANDEZ, ANTONIO JUAN** | HOUSING LOCATION: |
|---|---|
| | BEFORE: **A-83**   AFTER: **A-83** |

| IID #: **144141** | BKG #: **19001211** | STATUS: **PRE-SENTENCED** |
|---|---|---|

**VICTIM / WITNESS INFORMATION:**

NAME(S) & HOUSING LOCATIONS:

**INCIDENT INFORMATION:**

| INCIDENT / VIOLATION #: **Major 12.4. Flagrant failure to follow safety or sanitation regulations.** | DATE: **7-13-19** | APPROXIMATE TIME: **0055 hrs.** |
|---|---|---|

NARRATIVE:

On the above date and approximate time Inmate Hernandez, Antonio (IID# 144141) began to flood his cell. The entire A-pod dayroom was covered with water. All cells on the bottom tier of A-pod were flooded with water. Each inmate on the bottom tier that wanted to clean their cell was allowed to. A-pod was cleaned and mopped. Hernandez's water and toilet were shut off to prevent flooding. On every hourly check in A-pod Hernandez was offered water.

**End of Report**

**Ramirez J70**

---

_SINGLEY   46_

OFFICER SIGNATURE                                                 BADGE #

_REFUSED_          "I have received a copy of this report."

INMATE SIGNATURE                                            DATE AND TIME

RECEIVED BY SUPERVISOR                                  DATE AND TIME

RECEIVED BY DISCIPLINARY OFFICER               DATE AND TIME

HEARING DATE AND TIME                                 INMATE NOTIFIED DATE AND TIME

COB 00033

H8J

**BUTTE COUNTY SHERIFF OFFICE**
**DISCIPLINARY ACTION REPORT**

CASE # _____
☒ SERIOUS   ☐ MINOR

INMATE NAME: _HERNANDEZ_ _ANTONIO_   INMATE ID # _144141_
                    (Last)                    (First)

Date/Time of Incident: _05/08/19  1900_
Date/Time Informed of Charges: _05/09/19  0510_  Time Waived: ☒ Yes ☐ No  Inmate's Initials: _REF_
Date/Time of Hearing: _05/09/19  0510_  Inmate Waives Presence: ☒ Yes ☐ No  Inmate's Initials: _REF_

| HEARING | Yes | No | FINDING | |
|---|---|---|---|---|
| Inmate present | ☒ | ☒ | Not Responsible | ☐ |
| Inmate advised of charges | ☒ | ☐ | Responsible - Admitted | ☐ |
| Inmate submit documentary evidence | ☐ | ☐ | Responsible - Determined by Evidence | ☒ |
| Inmate witnesses present | ☐ | ☒ | REPORT | |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary) _REFUSED TO_
_PARTICIPATE_

Inmate's Signature: _REFUSED_
Hearing Officer's Signature: _CMS 46_

**REVIEW OF INMATE FILE**

Projected release date: _PF_
Number of previous affirmed violations:   SERIOUS _6_   MINOR _6_   _MAJOR 3_

**RECOMMENDED PENALTY**

☐ DISCIPLINARY ISOLATION  (Maximum 10 days unless new violation)   FROM _____ TO _____
☐ DISCIPLINARY DIET (See Title 15 Section 1083g)   FROM _____ TO _____
☐ LOSS OF GOOD TIME  (Earned and/or future)   NUMBER OF DAYS _____
☐ LOSS OF WORK TIME  (Work related violation - Earned cannot be taken)   NUMBER OF DAYS _____
☒ LOSS OF COMMISSARY  (Excludes personal hygiene - Legal material)  {   FROM _5/29/19_ TO _6/5/19_
☐ LOSS OF TELEPHONE  (Excludes legal calls)   FROM _____ TO _____
☐ LOSS OF RECREATION YARD   FROM _____ TO _____
☒ LOSS OF VISITS  (Excludes legal visits)  {   FROM _5/29/19_ TO _6/5/19_
☐ REMOVAL FROM WORKER STATUS
☐ RESTRICTION TO CELL/DORMITORY   FROM _____ TO _____
☐ WORK CONTRACT   NUMBER OF HOURS _____
☐ VERBAL COUNSELING - WARNING - REPRIMAND
COMMENTS: _SERIOUS  FAIL to  COOPERATE  w/ HEADCOUNT_

Inmate's Signature: _____   Appeal: ☐ Yes ☐ No
Disciplinary Officer's Signature: _L N. LES_   _5/9/19_

Reviewer's (Lt/ASH) Signature: _ZLL_   Date/Time: _____

☐ AFFIRMED
☐ REDUCED (Reason): _____

☐ DISMISSED (Reason): _____

COB 00034

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page    of

## REPORT INFORMATION:

☒ INFORMATION   ☐ OFFICER SAFETY   ☐ INMATE SAFETY   ☒ FACILITY SECURITY   ☐ OTHER

VIOLATION TYPE:   ☐ MAJOR   ☒ SERIOUS   ☐ MINOR

VIOLATION ENTERED INTO OFFENDERTRAK:   ☐ YES   ☒ NO

CASE #:          EVENT #: **190508-0137**          DISPOSITION: **JSROT**

## INMATE INFORMATION:

| NAME (Last, First): **Hernandez, Antonio** | | HOUSING LOCATION: | |
| | | BEFORE: **A83** | AFTER: **SAME** |
| IID #: **144141** | BKG #: **19001211** | STATUS: **PRE-SENTENCED** | |

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:

## INCIDENT INFORMATION:

INCIDENT / VIOLATION #:
**22.2. Failure to cooperate with a facility count. Including refusal to line-up, stand beside one's bunk, or stand at one's cell door as directed by staff.**

DATE:
**5/8/19**

APPROXIMATE TIME:
**1900** hrs.

NARRATIVE:
On 5/8/19, I, Correctional Deputy C. McNelis was assigned as the Charlie Floor Deputy between the hours of 1900-0700 in full duty uniform.

At approximately 1900 hours, I entered A-Pod housing unit to conduct a routine safety check and headcount. When I arrived at cell A83, occupied by Inmate Hernandez, Antonio (IID#144141), he refused to get up for headcount, and remained completely covered by his blanket.

I/M Hernandez is receiving this disciplinary write-up for failing to cooperate with a facility count.

End of report.

C. McNelis J58
JSROT
22.2. Failure to cooperate with a facility count. Including refusal to line-up, stand beside one's bunk, or stand at one's cell door as directed by staff.
Event #190508-0137

OFFICER SIGNATURE   _REFUSED     LEFT COPY UNDER DOOR_          BADGE #

INMATE SIGNATURE   "I have received a copy of this report."          DATE AND TIME

RECEIVED BY SUPERVISOR          DATE AND TIME

RECEIVED BY DISCIPLINARY OFFICER          DATE AND TIME

**BUTTE COUNTY SHERIFF OFFICE**
**DISCIPLINARY ACTION REPORT**

CASE # _____
☐ SERIOUS   ☐ MINOR

INMATE NAME: Hernandez, Antonio
(Last)                    (First)

INMATE ID # 144141

Date/Time of Incident: 4-24-19  0400
Date/Time Informed of Charges: 4-24-19  1140   Time Waived: ☒ Yes ☐ No  Inmate's Initials: RBF
Date/Time of Hearing: 4-24-19  1140   Inmate Waives Presence: ☐ Yes ☒ No  Inmate's Initials: RBF

| HEARING | Yes | No | FINDING | |
|---|---|---|---|---|
| Inmate present | ☐ | ☒ | Not Responsible | ☐ |
| Inmate advised of charges | ☒ | ☐ | Responsible - Admitted | ☐ |
| Inmate submit documentary evidence | ☐ | ☐ | Responsible - Determined by Evidence, report | ☒ |
| Inmate witnesses present | ☐ | ☒ | | |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary)

Refused to cooperate repeatedly stated that he didn't know
what I was talking about.

Inmate's Signature: REF
Hearing Officer's Signature: D. Mell  J24

**REVIEW OF INMATE FILE**

Projected release date: PF
Number of previous affirmed violations: SERIOUS ___0___ MINOR ___0___ MAJOR 3

**RECOMMENDED PENALTY**

☐ DISCIPLINARY ISOLATION  (Maximum 10 days unless new violation)   FROM _____ TO _____
☐ DISCIPLINARY DIET (See Title 15 - Section 1083g)   FROM _____ TO _____
☐ LOSS OF GOOD TIME  (Earned and/or future)   NUMBER OF DAYS _____
☒ ~~LOSS OF WORK TIME~~  (Work related violation - Earned cannot be taken)   NUMBER OF DAYS _____
☒ LOSS OF COMMISSARY (Excludes personal hygiene - Legal material)   FROM 5/8/19 TO 5/29/19
☐ LOSS OF TELEPHONE  (Excludes legal calls)   FROM _____ TO _____
☐ LOSS OF RECREATION YARD   FROM _____ TO _____
☒ LOSS OF VISITS  (Excludes legal visits)   FROM 5/8/19 TO 5/29/19
☐ REMOVAL FROM WORKER STATUS
☐ RESTRICTION TO CELL/DORMITORY   FROM _____ TO _____
☐ WORK CONTRACT   NUMBER OF HOURS _____
☐ VERBAL COUNSELING - WARNING - REPRIMAND
COMMENTS: MAJOR  ASSAULT

Inmate's Signature: _____   Appeal! ☐ Yes ☐ No
Disciplinary Officer's Signature: L. Niles   4/25/19

Reviewer's (Lt/ASH) Signature: BHL   Date/Time: _____

☐ AFFIRMED
☐ REDUCED (Reason):

☐ DISMISSED (Reason):

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page   of

## REPORT INFORMATION:

☒ INFORMATION    ☒ OFFICER SAFETY    ☒ INMATE SAFETY    ☒ FACILITY SECURITY    ☐ OTHER

| VIOLATION TYPE: | ☒ MAJOR | ☐ SERIOUS | ☐ MINOR |
|---|---|---|---|

VIOLATION ENTERED INTO OFFENDERTRAK:   ☐ YES   ☒ NO

CASE #:     EVENT #: **190424-0025**     DISPOSITION: **JMAOT**

## INMATE INFORMATION:

NAME (Last, First):
**Hernandez, Antonio**

HOUSING LOCATION:
BEFORE: **T1**    AFTER: **Q3**

IID #:
**144141**

BKG #:
**19001211**

STATUS:
**PRE-SENTENCED**

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:

## INCIDENT INFORMATION:

INCIDENT / VIOLATION #:
**10.2. Assault and/or battery (staff or inmate).**

DATE:
**4/24/19**

APPROXIMATE TIME:
**0400** hrs.

NARRATIVE:
**On 4/24/19, I, Correctional Deputy C. McNelis was assigned as the Male Housing Deputy between the hours of 0700-1900 in full duty uniform.**

**At approximately 0400 hours, I conducted a health a safety check on T1. The sole occupant of the cell, Inmate Hernandez, Antonio (IID#144141) was standing on the cell's table. I advised him to make sure he didn't fall. I/M Hernandez proceeded to spit, striking the right side of my head, and yelled "that's what you get bitch!" Due to I/M Hernandez already being secured in the cell, I elected to step out of range of further assaults and notified Sergeant D. Brownfield of the incident. I/M Hernandez was subsequently cell extracted and placed in Q3. See criminal case 19-02931 and supplemental reports in RIMS.**

**I/M Hernandez is receiving this disciplinary write-up for assault on staff.**

**End of report.**

**C. McNelis J58**
**JMAOT**
**10.2. Assault and/or battery (staff or inmate).**
**Event #190424-0025**

OFFICER SIGNATURE      BADGE #

"I have received a copy of this report."

INMATE SIGNATURE      DATE AND TIME

RECEIVED BY SUPERVISOR      DATE AND TIME

RECEIVED BY DISCIPLINARY OFFICER      DATE AND TIME

COB 00037

HEARING DATE AND TIME                                                  INMATE NOTIFIED DATE AND TIME

COB 00038



# BUTTE COUNTY SHERIFF'S OFFICE
## INTER-DEPARTMENTAL MEMORANDUM

TO:        **J. Agurkis, Correctional Lieutenant**

FROM:    **D. Brownfield, Correctional Sergeant**

SUBJECT:  **Use of Force: Hernandez, Antonio IID#144141**

DATE:      **04-24-19**

On 04-24-19 at approximately 0400 hrs Inmate Hernandez spat on Deputy McNelis from inside of T-1.

As a result of that behavior I decided that Hernandez must be in a cell behind glass to prevent staff from continually being gassed.  In an effort to resolve this issue prior to going off shift, we began distributing breakfast early. As soon as most inmates were issued breakfast I choreographed housing unit moves to clear out Q3. Once Q3 was empty I was briefing Deputy Ramirez of the possible pending cell extraction of Hernandez while we were in pre-booking.  Oroville PD Officer Tennegkeit overheard and explained that he'd like to opportunity to use his partner, K9 Ozzy. I explained that the circumstance did not call for a bite dog to be used on Hernandez, but if he wanted his K9 to have jail experience we'd bring him in as a threat of force to encourage Hernandez to voluntarily be restrained and be removed from the cell. Tennegkeit was happy to assist in any way he could.

At approximately 0525 hrs Deputies Darnell, Stockwell, Ramirez, LaRue and Officer Tennegkeit arrived at the T-Section Hallway. I had Stockwell lead with the shield to prevent staff from getting gassed, Darnell followed with the Pepperball launcher and I followed him and attempted to get Hernandez to voluntarily be restrained and exit the cell as K9 Ozzy was with Tennegkeit, frantically barking at Hernandez. Hernandez did not waiver with the K9's presence. As a result I had Darnell fire two inert Pepperball projectiles to Hernandez's abdomen/chest. The projectiles impacted Hernandez's chest and abdomen. It seemed to have some effect, but Hernandez was still standing on the table in his cell and refusing to move. As such I had Darnell fired two more inert projectiles. They impacted the bars directly in front of Hernandez. After Darnell improved his vantage point, he fired two more inert projectiles on my command. Darnell struck Hernandez's shin which made Hernandez turn away. The second projectile impacted Hernandez's lower back. Hernandez then jumped down, grabbed a blanket and covered his body, exposing only his head and face. As such I took the Pepperball launcher from Darnell and gave him my Oleoresin Capsicum (OC) spray. On my command, Darnell sprayed a

Page 1 of 2

COB 00039

½ second burst of OC partially impacting Hernandez's face. It had some positive effect. When Hernandez moved the blanket I told Darnell to spray a longer burst of OC to Hernandez's face. Darnell sprayed an approximately 1 second burst of OC impacting Hernandez's face and head. It had an immediate effect. I ordered Hernandez to lay on his bunk with his hands behind his back. He immediately complied as he began screaming from the OC exposure. We immediately entered the cell. Stockwell placed the shield over Hernandez while Darnell and Ramirez took control of Hernandez's arms. As it appeared that Hernandez was beginning to resist, I entered the cell and controlled his legs. The shield was passed to Deputy LaRue who was just outside of the cell.  Once Darnell and Ramirez had Hernandez cuffed, we dragged him from the cell, into the hallway. Once in the hallway we were able to apply a spit mask and place leg restraints on Hernandez.

Hernandez was then escorted to the medical unit where he was evaluated by RN Atkinson. He was cleared for housing and was immediately escorted to Q3 where his restraints and spit mask were removed without incident. I encouraged Hernandez to rinse his face with water. I went back a short time later and he was using he water in the toilet bowl to rinse his face and head.

I went to speak to Inmate Knight, Morgan in T-2 to ensure he did not have OC exposure. He indicated that he was not bothered by the spray and was not directly affected inside of his cell.

A short time later Deputy LaRue took the workers into T-1 and had it thoroughly cleaned. She followed up with Inmate Knight to ensure he was still doing well. He offered not compliant from OC exposure.

Page 2 of 2

A02

## BUTTE COUNTY SHERIFF'S OFFICE
## DISCIPLINARY ACTION REPORT

MAJOR X

CASE # _____
☐ SERIOUS  ☐ MINOR

INMATE NAME: _Hernandez_ (Last)  _Antonio_ (First)   INMATE ID # _144141_

Date/Time of Incident: _04-06-19  0855_
Date/Time Informed of Charges: _04/06/19  1746_  Time Waived: ☒Yes ☐No  Inmate's Initials: _KREF_
Date/Time of Hearing: _04/06/19  1746_  Inmate Waives Presence: ☐Yes ☒No  Inmate's Initials: _KREF_

| HEARING | Yes | No | FINDING | |
|---|---|---|---|---|
| Inmate present | ☒ | ☐ | Not Responsible | ☐ |
| Inmate advised of charges | ☒ | ☐ | Responsible - Admitted | ☐ |
| Inmate submit documentary evidence | ☐ | ☒ | Responsible - Determined by Evidence | ☒ |
| Inmate witnesses present | ☐ | ☒ | | |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary)
_REFUSED TO PARTICIPATE_

Inmate's Signature: X _REFUSED_
Hearing Officer's Signature: _____J33_

### REVIEW OF INMATE FILE

Projected release date: _PF_
Number of previous affirmed violations: SERIOUS _Ø_   MINOR _Ø_   MAJOR 1

### RECOMMENDED PENALTY

☐ DISCIPLINARY ISOLATION (Maximum 10 days unless new violation)  FROM _____ TO _____
☐ DISCIPLINARY DIET (See Title 15 Section 1083g)  FROM _____ TO _____
☐ LOSS OF GOOD TIME (Earned and/or future)  NUMBER OF DAYS _____
☐ LOSS OF WORK TIME (Work related violation - Earned cannot be taken)  NUMBER OF DAYS _____
☒ LOSS OF COMMISSARY (Excludes personal hygiene - Legal material) 3  FROM _4/17/19_ TO _5/8/19_
☐ LOSS OF TELEPHONE (Excludes legal calls)  FROM _____ TO _____
☐ LOSS OF RECREATION YARD  FROM _____ TO _____
☒ LOSS OF VISITS (Excludes legal visits) 3  FROM _4/17/19_ TO _5/8/19_
☐ REMOVAL FROM WORKER STATUS
☐ RESTRICTION TO CELL/DORMITORY  FROM _____ TO _____
☐ WORK CONTRACT  NUMBER OF HOURS _____
☐ VERBAL COUNSELING - WARNING - REPRIMAND
COMMENTS: _MAJOR 12.4 FAILURE TO FOLLOW SAFETY REGULATIONS_

Inmate's Signature: _____  Appeal: ☐ Yes ☐ No
Disciplinary Officer's Signature: _LA RUE_   _4/8/19_

Reviewer's (Lt/ASH) Signature: _TRH_   Date/Time: _____

☐ AFFIRMED
☐ REDUCED (Reason): _____

☐ DISMISSED (Reason): _____

COB 00041



# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page    of

## REPORT INFORMATION:

☒ INFORMATION ☐ OFFICER SAFETY ☐ INMATE SAFETY ☐ FACILITY SECURITY ☒ OTHER

| VIOLATION TYPE: | ☒ MAJOR | ☐ SERIOUS | ☐ MINOR |
|---|---|---|---|

| VIOLATION ENTERED INTO OFFENDERTRAK: | ☒ YES | ☐ NO |
|---|---|---|

| CASE #: | EVENT #: 1904060078 | DISPOSITION: **JMAOT** |
|---|---|---|

## INMATE INFORMATION:

| NAME (Last, First):<br>**HERNANDEZ, ANTONIO JUAN** | HOUSING LOCATION: | |
|---|---|---|
| | BEFORE: **A-POD** | AFTER: **A-POD** |

| IID #:<br>**144141** | BKG #:<br>**-19001211** | STATUS:<br>**PRE-SENTENCED** |
|---|---|---|

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:
**Deputies Davis, Bentley**

## INCIDENT INFORMATION:

| INCIDENT / VIOLATION #:<br>**12.4. Flagrant failure to follow safety or sanitation regulations.** | DATE:<br>**04-05-19** | APPROXIMATE TIME:<br>**0855** hrs. |
|---|---|---|

NARRATIVE: **On April 5, 2019 from 0700 to 1900 hours, I was working as the Charlie Floor Correctional Deputy. At approximately 0855 Charlie Control Deputy Davis told me that he watched Inmate Hernandez, Antonio IID# 144141 take the mop bucket up stairs and dump it under the door of A91. Deputy Davis told Inmate Hernandez to lock down.**

**End of report**

**Deputy Darnell**

**J-31**

**Event #1904060078**

OFFICER SIGNATURE

_Rep_

BADGE #

_04/06/19 1746_

INMATE SIGNATURE          "I have received a copy of this report."          DATE AND TIME

RECEIVED BY SUPERVISOR

DATE AND TIME

RECEIVED BY DISCIPLINARY OFFICER

DATE AND TIME

HEARING DATE AND TIME

INMATE NOTIFIED DATE AND TIME

COB 00042

H-83

# BUTTE COUNTY SHERIFF OFFICE
## DISCIPLINARY ACTION REPORT

CASE # _____
☐ SERIOUS   ☐ MINOR

INMATE NAME: Hernandez, Antonio
(Last)                                    (First)

INMATE ID # 14414/

Date/Time of Incident: 3-8-15 @ 0250c
Date/Time Informed of Charges: 3-8-15 @ 0520   Time Waived: ☐ Yes ☑ No   Inmate's Initials: _____
Date/Time of Hearing: 03-09-15 1729   Inmate Waives Presence: ☐ Yes ☑ No   Inmate's Initials: _____

| HEARING | Yes | No | FINDING | |
|---|---|---|---|---|
| Inmate present | ☑ | ☐ | Not Responsible | ☐ |
| Inmate advised of charges | ☑ | ☐ | Responsible - Admitted | ☐ |
| Inmate submit documentary evidence | ☐ | ☑ | Responsible - Determined by Evidence | ☑ |
| Inmate witnesses present | ☐ | ☑ | Report & Video | |

Inmate statement in own behalf or extenuating circumstances: (Attached additional pages if necessary) _____
_____
_____
_____

Inmate's Signature: Ref
Hearing Officer's Signature: _____

## REVIEW OF INMATE FILE

Projected release date: PR
Number of previous affirmed violations: SERIOUS ___0___   MINOR ___0___

## RECOMMENDED PENALTY

☐ DISCIPLINARY ISOLATION  (Maximum 10 days unless new violation)   FROM _____ TO _____
☐ DISCIPLINARY DIET  (See Title 15  Section 1083g)   FROM _____ TO _____
☐ LOSS OF GOOD TIME  (Earned and/or future)   NUMBER OF DAYS _____
☐ LOSS OF WORK TIME  (Work related violation - Earned cannot be taken)   NUMBER OF DAYS _____
☑ LOSS OF COMMISSARY  (Excludes personal hygiene - Legal material)   FROM 3/20/15 TO 4/10/15
☐ LOSS OF TELEPHONE  (Excludes legal calls)   FROM _____ TO _____
☐ LOSS OF RECREATION YARD   FROM _____ TO _____
☑ LOSS OF VISITS  (Excludes legal visits)   FROM 3/20/15 TO 4/10/19
☐ REMOVAL FROM WORKER STATUS
☐ RESTRICTION TO CELL/DORMITORY   FROM _____ TO _____
☐ WORK CONTRACT   NUMBER OF HOURS _____
☐ VERBAL COUNSELING - WARNING - REPRIMAND
COMMENTS: MAJOR ASSAULT

Inmate's Signature: _____   Appeal: ☐ Yes ☐ No
Disciplinary Officer's Signature: L NILES   3/11/15

Reviewer's (Lt/ASH) Signature: RH   Date/Time: _____

☐ AFFIRMED
☐ REDUCED (Reason): _____
_____

☐ DISMISSED (Reason): _____
_____

DISTRIBUTION: WHITE - Inmate File; CANARY - Classification; PINK - Inmate                    J-110 09/25/96

COB 00043

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page 1 of 1

## REPORT INFORMATION:

☐ INFORMATION   ☒ OFFICER SAFETY   ☐ INMATE SAFETY   ☒ FACILITY SECURITY   ☐ OTHER

| VIOLATION TYPE: | ☐ MAJOR | ☐ SERIOUS | ☐ MINOR |
|---|---|---|---|

VIOLATION ENTERED INTO OFFENDERTRAK?   ☐ YES   ☐ NO

| CASE #: | EVENT #: 1903070028 | DISPOSITION: JMAOT |
|---|---|---|

## INMATE INFORMATION:

| NAME (Last, First): **Hernandez, Antonio** | HOUSING LOCATION: | |
|---|---|---|
| | BEFORE: **G-POD** | AFTER: **CHARLIE INTERVIEW ROOM** |
| IID #: **144141** | BKG #: | STATUS: **PRE-SENTENCED** |

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:
**Sergeant Behlke, and Deputies Perez, Castillon, Klotz, Walberg, Smith, Dawson, and Moreland**

## INCIDENT INFORMATION:

| INCIDENT / VIOLATION: **JMAOT: 10.2. Assault and/or battery (X2)** | DATE: **03-6-19** | APPROXIMATE TIME: **2320 hrs.** |
|---|---|---|

NARRATIVE: On March 6, 2019 between 1900-0700 hours I was assigned to work as the Delta Floor Deputy in full uniform for the Butte County Jail.

On March 7, 2019, at approximately 0250 hours, Delta Control Deputy Perez advised that there was a 415 physical altercation taking place in the G-Pod Housing Unit. Sergeant Behlke and Deputies Castillon, Klotz, Walberg, Smith, Dawson, Moreland, and I responded to G-Pod. Upon arrival, I observed Inmate Stilwell, Joseph IID#171098 on the ground in the lower tier restroom area of the G-Pod Housing Unit covered in blood. I also observed Inmate Beaver, Clarence IID#174854 on bunk 11A holding his nose which appeared to be bleeding. Both Inmates made spontaneous statements that another inmate, later identified as Inmate Hernandez, Antonio IID#144141 had assaulted them. Deputy Klotz and I located Inmate Hernandez on the ground in the lower tier bed area. Inmate Hernandez was breathing hard and had blood covering his hands and body indicating that he had been a part of the altercation. Deputy Klotz and I placed mechanical restraints (double cuffed) on Inmate Hernandez and placed him in the Charlie Floor Interview Room. Inmates Stilwell and Beaver received medical treatment for their injuries.

Through further investigation and review of the video of G-Pod from the time of the altercation, it was determined that Inmate Hernandez had retrieved the broom head and assaulted both Inmates Stilwell and Beaver with it.

End of Report
Deputy E. Yee J76
Event #1903070028
JMAOT: 10.2. Assault and/or battery (X2)

| OFFICER SIGNATURE | BADGE # |
|---|---|
| INMATE SIGNATURE | "I have received a copy of this report." | DATE AND TIME |
| RECEIVED BY SUPERVISOR | DATE AND TIME |

RECEIVED BY DISCIPLINARY OFFICER

DATE AND TIME

HEARING DATE AND TIME

INMATE NOTIFIED DATE AND TIME

COB 00045



# Butte County Sheriff's Office
## Jail Division
## Inter-Office Memorandum

**Date:**       03-07-2019

**To:**         Classification

**From:**       Jason Behlke, Correctional Sergeant

**Subject:**    Hernandez, Antonio IID #144141; 2 CD Move, Full Restraints

I am placing Inmate Hernandez, Antonio IID #144141 on 2 CD move, full restraints
due to his unpredictable behavior and unprovoked violent assault in the G Pod
housing unit.  See case #19-01645

COB 00046

# BUT F COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page   of

**REPORT INFORMATION:**

| ☐ INFORMATION | ☐ OFFICER SAFETY | ☐ INMATE SAFETY | ☒ FACILITY SECURITY | ☐ OTHER |
|---|---|---|---|---|

| VIOLATION TYPE: | ☐ MAJOR | ☒ SERIOUS | ☐ MINOR |
|---|---|---|---|

| VIOLATION ENTERED INTO OFFENDERTRAK: | ☒ YES | ☐ NO |
|---|---|---|

| CASE #: | EVENT #: 0129 | DISPOSITION: JSROT |
|---|---|---|

**INMATE INFORMATION:**

| NAME (Last, First): **Hernandez, Antonio** | HOUSING LOCATION: | |
|---|---|---|
| | BEFORE: **M-POD** | AFTER: **Delta Interview Rm** |
| IID #: **144141** | BKG #: | STATUS: |

**VICTIM / WITNESS INFORMATION:**

NAME(S) & HOUSING LOCATIONS:

**INCIDENT INFORMATION:**

| INCIDENT / VIOLATION #: **Serious:** 22.14. Disruptive conduct 22.13. Inmates will not manipulate staff, attempting to cause or causing any disruption of the facility. 22.1. Failure to comply with a Classification Unit order to move to another classification and/or housing location. | DATE: **02/25/19** | APPROXIMATE TIME: **1305 hrs.** |
|---|---|---|

NARRATIVE: On February 25, 2019 from 0700 to 1900 hours, I was working as the Charlie Floor Correctional Deputy. At approximately 1305 hours, Correctional Deputy Lockhart and I were escorting Inmate Hernandez, Antonio to his new housing classification in M-pod.

Once in M-pod Hernandez became agitated and stated he was not going to house in M-pod and began making a disturbance within the pod. I asked Hernandez why he was refusing to house in M-Pod.  Hernandez refused to answer my question and would only state he was not staying in M-Pod. I advised Hernandez that M-Pod was his proper classification and he was not able to refuse his new housing location. Hernandez stated he would not stay in M-pod and he would do whatever it took to leave.

Hernandez was then escorted out of M-Pod due to his disturbance to the pod and manipulation of his housing classification, and behavior.  Hernandez was placed in a Delta Floor interview room until further notice.

End of report.
E.bazan J30

OFFICER SIGNATURE                                                                           BADGE #

"I have received a copy of this report."

INMATE SIGNATURE                                                                           DATE AND TIME

COB 00047



# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page 1 of 1

**REPORT INFORMATION:**

| ☐ INFORMATION | ☒ OFFICER SAFETY | ☐ INMATE SAFETY | ☒ FACILITY SECURITY | ☐ OTHER |
|---|---|---|---|---|

| VIOLATION TYPE: | ☐ MAJOR | ☐ SERIOUS | ☒ MINOR |
|---|---|---|---|

| VIOLATION ENTERED INTO OFFENDERTRAK: | ☐ YES | ☐ NO |
|---|---|---|

| CASE #: | EVENT #: 1903070028 | DISPOSITION: **JMAOT** |
|---|---|---|

**INMATE INFORMATION:**

| NAME (Last, First): | HOUSING LOCATION: | |
|---|---|---|
| **Hernandez, Antonio** | BEFORE: **G-POD** | AFTER: **CHARLIE INTERVIEW ROOM** |

| IID #: **144141** | BKG #: | STATUS: **PRE-SENTENCED** |
|---|---|---|

**VICTIM / WITNESS INFORMATION:**

NAME(S) & HOUSING LOCATIONS:
**Sergeant Behlke, and Deputies Perez, Castillon, Klotz, Walberg, Smith, Dawson, and Moreland**

**INCIDENT INFORMATION:**

| INCIDENT / VIOLATION #: **JMAOT: 10.2. Assault and/or battery (X2)** | DATE: **03-6-19** | APPROXIMATE TIME: **2320 hrs.** |
|---|---|---|

NARRATIVE: On March 6, 2019 between 1900-0700 hours I was assigned to work as the Delta Floor Deputy in full uniform for the Butte County Jail.

On March 7, 2019, at approximately 0250 hours, Delta Control Deputy Perez advised that there was a 415 physical altercation taking place in the G-Pod Housing Unit. Sergeant Behlke and Deputies Castillon, Klotz, Walberg, Smith, Dawson, Moreland, and I responded to G-Pod. Upon arrival, I observed Inmate Stilwell, Joseph IID#171098 on the ground in the lower tier restroom area of the G-Pod Housing Unit covered in blood. I also observed Inmate Beaver, Clarence IID#174854 on bunk 11A holding his nose which appeared to be bleeding. Both Inmates made spontaneous statements that another inmate, later identified as Inmate Hernandez, Antonio IID#144141 had assaulted them. Deputy Klotz and I located Inmate Hernandez on the ground in the lower tier bed area. Inmate Hernandez was breathing hard and had blood covering his hands and body indicating that he had been a part of the altercation. Deputy Klotz and I placed mechanical restraints (double cuffed) on Inmate Hernandez and placed him in the Charlie Floor Interview Room. Inmates Stilwell and Beaver received medical treatment for their injuries.

Through further investigation and review of the video of G-Pod from the time of the altercation, it was determined that Inmate Hernandez had retrieved the broom head and assaulted both Inmates Stilwell and Beaver with it.

End of Report
Deputy E. Yee J76
Event #1903070028
JMAOT: 10.2. Assault and/or battery (X2)

| OFFICER SIGNATURE | BADGE # |
|---|---|
| "I have received a copy of this report." | |
| INMATE SIGNATURE | DATE AND TIME |
| RECEIVED BY SUPERVISOR | DATE AND TIME |

COB 00048

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

**TO:**       J. Agurkis, Correctional Lieutenant

**FROM:**    K. Turner, Correctional Sergeant

**SUBJECT: Hernandez, Antonio IID 144141-Interview Room Placement**

**DATE:**    February 25, 2019

At approximately 1335 hours Inmate Hernandez, Antonio IID 144141 was being re-housed from A pod to M Pod. When staff walked Hernandez into M Pod, he refused to be housed there. Inmate Hernandez was placed in an Interview Room on Delta Floor pending reclassification. Due to there not being any Administrative Separation available, Hernandez remained in the Interview Room for the duration of the shift. An Interview Room Log was initiated. Hernandez was offered the use of the facilities and water during each post check.


Cc:   Jerry Jones, Jail Commander
      Robert Hadley, Correctional Lieutenant
      Daryl Hovey, Correctional Lieutenant

COB 00049

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

**TO:**       J. Agurkis, Correctional Lieutenant

**FROM:**    D. Mell, Correctional Sergeant

**SUBJECT:** Temporary Holding: Hernandez, Antonio IID# 144141

**DATE:**     2-6-19

On February 6, 2019 at approximately 1935 hours inmate Hernandez, Antonio IID# 144141 was placed in a Delta Floor Interview Room after evicting himself from the J-Pod housing unit. At approximately 2000 hours Hernandez was placed on Suicide Prevention Protocol at his request due to anxiety. Due to Hernandez being placed on Suicide Prevention Protocol he was transferred to a Charlie Floor interview room.

Due to lack of available housing in Administrative Separation housing for Suicide Prevention Protocol Hernandez remained in a Charlie Floor interview room the duration of the shift.

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
## INCIDENT REPORT

Page 1 of 1

## REPORT INFORMATION:

☐ INFORMATION   ☐ OFFICER SAFETY   ☒ INMATE SAFETY   ☐ FACILITY SECURITY   ☐ OTHER

VIOLATION TYPE:   ☐ MAJOR   ☐ SERIOUS   ☐ MINOR

VIOLATION ENTERED INTO OFFENDERTRAK:   ☐ YES   ☐ NO

CASE #:   EVENT #: 1902060185   DISPOSITION: JMSIN

## INMATE INFORMATION:

NAME (Last, First):
**Hernandez, Antonio**

HOUSING LOCATION:
BEFORE: J/02   AFTER: CHARLIE INTER. ROOM

IID #:
**144141**   BKG #:   STATUS:

## VICTIM / WITNESS INFORMATION:

NAME(S) & HOUSING LOCATIONS:
Deputies La Rue, Auldidge, SGT Mell, RN Foster

## INCIDENT INFORMATION:

INCIDENT / VIOLATION #:
Informational   DATE:
02/06/29   APPROXIMATE TIME:
1935 hrs.

NARRATIVE: On  February 6, 2019, between the hours of 1900-0700, I was assigned as the Delta Floor Correctional Deputy, in full uniform for the Butte County Jail.

At approximately 1935 hours Delta Control advised Inmate Hernandez, Antonio (IID# 144141) pressed the emergency intercom button and stated he needed to roll out of J Pod Housing unit because he feared for his safety.

I escorted Inmate Hernandez to the Delta Interview room and started a log.  Correctional Deputy Auldridge, who was in Delta Control, advised classifications of the roll up.

At approximately 1950  hours while conducting a supervisory check, Inmate Hernandez told Sergeant Mell he needed to be placed on Suicide Prevention Protocol (SPP). Inmate Hernandez stated he was having anxiety but did not have any specific plan on harming himself. LVN Foster responded to Delta Floor Medical Unit for an SPP evaluation.

At approximately 1953 hours LVN Foster elected to place Inmate Hernandez on Suicide Prevention Protocol.

Sergeant Mell conducted a strip search of Inmate Hernandez and provided him with an SPP garment.  I searched The Delta floor interview room and started a proper log.

At approximately 2225 hours Inmate Hernandez was placed in Charlie Interview room pending reclassification.

End of Report

E.Enciso J50

OFFICER SIGNATURE _____

BADGE # _____

INMATE SIGNATURE _____ "I have received a copy of this report."

DATE AND TIME _____

COB 00051

| | | | |
|---|---|---|---|
| Name HERNANDEZ, ANTONIO JUAN | | Booking # 19-001211 | Facility BUTTE JAIL |
| Inmate # 144141 | Sex MALE | DOB 01/16/1991 | Book Dt/Tm 02/06/2019 05:00 | Building CHARLIE |
| Race Black | | Age 29 | Release Dt/Tm | Pod A POD |
| **Status** | | In Jail | Classification MAXIMUM | Cell A92 |

### Note Entry

Inmate Note Type AD SEG REVIEW

Inmate Note MENTAL CONCERNS ON SPP

Created By User PANNELL, DYLAN          Created Dt/Tm 02/10/2019 17:14

### Notes

Inmate Note Type

From Date/Time                          To Date/Time

### Inmate Notes

| Date/Time | Inmate Notes | Note Type | Created User |
|---|---|---|---|
| 06/14/2020 12:23 | NO CHANGE. REQUEST TO GO TO POPULATION BUT HAS CONTINUED MENTAL HEALTH CONCERNS. MAY BECOME VIOLENT AROUND OTHER INMATES. | AD SEG REVIEW | CASTILLON, JOSE |
| 06/07/2020 12:11 | RETURNED FROM NAPA STATE HOSPITAL. APPEARS TO BE STABLE AT THIS TIME. MENTAL HEALTH CONCERNS AND VIOLENT TENDENCIES IN THE PAST. | AD SEG REVIEW | CASTILLON, JOSE |
| 01/19/2020 07:58 | REF TO TALK/NO CHANGE. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 01/12/2020 12:41 | BEHAVIOR HAS BEEN GOOD. JBCT PROGRAM WISHES TO GIVE HIM OPPORTUNITY IN POPULATION. HERE ON VIOLENT OFFENSE AND VIOLENCE IN CUSTODY. POINTS AND BEHAVIOR ARE TO MAX. | AD SEG REVIEW | MAXEY, KEVIN |
| 01/05/2020 17:0 | ASKED FOR POP AGAIN / BEHAVIOR IMPROVED | AD SEG REVIEW | PANNELL, DYLAN |
| 12/29/2019 14:5 | REQ L POD HOUSING AGAIN | AD SEG REVIEW | PANNELL, DYLAN |
| 12/22/2019 17:53 | OFF 2CD/REQ L=POD | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 12/15/2019 17:21 | NO CHANGE. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 12/08/2019 16:00 | STILL 2CD/NO CHANGE. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 12/01/2019 12:30 | 2CD CUFFS/NO CHANGE. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 11/24/2019 09:2 | NO CHANGE REMAINS 2 C/O CUFFS. | AD SEG REVIEW | MAXEY, KEVIN |
| 11/10/2019 11:4 | NO CHANGE | AD SEG REVIEW | MAXEY, KEVIN |

COB 00052

| Date | Description | Type | Officer |
|---|---|---|---|
| 11/03/2019 08:25 | REMAINS 2 C/O CUF... 3. CURRENTLY IN JBCT PROGRAM. NO RECENT INCIDENTS. | AD SEG REVIEW | MAXEY, KEVIN |
| 10/27/2019 08:55 | RECENTLY DOWNGRADED TO 2 C/O CUFFS.IN JBCT PROGRAM. ONGOING MENTAL HEALTH CONCERNS. | AD SEG REVIEW | MAXEY, KEVIN |
| 10/20/2019 09:3 | 2 C/O FULL CURRENTLY IN JBCT. | AD SEG REVIEW | MAXEY, KEVIN |
| 10/13/2019 08:1 | NO CHANGE. | AD SEG REVIEW | MAXEY, KEVIN |
| 10/06/2019 08:5 | 2 C/O FULL. INVOLUNTRAY MEDICATION DAILY. | 30 DAY REVIEW | MAXEY, KEVIN |
| 09/29/2019 16:3 | YELLED AT ME STATING PROFANITIES | AD SEG REVIEW | PANNELL, DYLAN |
| 09/22/2019 17:3 | NO CHANGE | AD SEG REVIEW | PANNELL, DYLAN |
| 09/15/2019 16:3 | NO CHANGE / FILTHY CELL | AD SEG REVIEW | PANNELL, DYLAN |
| 09/08/2019 16:4 | NO CHANGE SERIOUS MENTAL ISSUES | AD SEG REVIEW | PANNELL, DYLAN |
| 09/01/2019 15:1 | NO CHANGE STILL 5150 | 30 DAY REVIEW | PANNELL, DYLAN |
| 08/25/2019 13:0 | NO CHANGE STILL MENTAL AND VIOLENT | AD SEG REVIEW | PANNELL, DYLAN |
| 08/19/2019 00:16 | 2CD/COMBATIVE AND DISRESPECTFUL. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 08/11/2019 07:2 | 2 C/O MENTAL HEALTH AND VIOLENT. | AD SEG REVIEW | MAXEY, KEVIN |
| 08/04/2019 08:19 | SAID, "SHUT THE FUCK UP. I AM SLEEPING MOTHERFUCKER." | AD SEG REVIEW | LARUE, EMILY |
| 07/28/2019 06:0 | ON CLOTHING REVIEW THIS WEEK. | AD SEG REVIEW | LARUE, EMILY |
| 07/21/2019 07:3 | NO CHANGE. | AD SEG REVIEW | LARUE, EMILY |
| 07/14/2019 08:4 | NO CHANGE. NO NEW DARS | AD SEG REVIEW | LARUE, EMILY |
| 07/07/2019 08:1 | NO CHANGE. SAYS HE IS DOING ALRIGHT | AD SEG REVIEW | LARUE, EMILY |
| 06/30/2019 09:06 | NO CHANGE. SLEEPING ON HIS MATTRESS ON THE GROUND. | AD SEG REVIEW | LARUE, EMILY |
| 06/23/2019 09:0 | NO CHANGE. | AD SEG REVIEW | LARUE, EMILY |
| 06/16/2019 14:19 | 2CD/MENTAL | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 06/10/2019 09:15 | STILL 2CD/MENTAL CONCERNS. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 06/02/2019 19:29 | STILL 2CD FULL | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 05/26/2019 14:24 | STILL 2CD FULL | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 05/19/2019 15:19 | NO CHANGE/MENTAL. UNDER CLOTHING REVEIW. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 05/12/2019 16:15 | PLACED ON CLOTHING REVIEW/MENTAL. DID NOT COOPERATE WITH HEADCOUNT. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 05/05/2019 16:21 | SHOVING FECES UNDER DOOR. MENTAL/CLOTHING REVIEW. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 04/28/2019 16:40 | SPP/2CD FULL. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 04/21/2019 16:42 | MENTAL CONCERNS/MESSY. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 04/14/2019 15:5 | SITTING ON THE FLOOR EATING. CELL WAS A MESS | AD SEG REVIEW | LARUE, EMILY |
| 04/07/2019 07:01 | 2 C/O FULL. MENTAL HEALTH CONCERNS. RECENT VIOLENT ATTACK ON OTHER INMATES RESULTING IN HOSPITAL TRANSPORT. | AD SEG REVIEW | MAXEY, KEVIN |
| 03/31/2019 07:4 | 2 C/O FULL. MENTAL AND HYGIENE CONCERNS. | AD SEG REVIEW | MAXEY, KEVIN |

COB 00053

| Date | Description | Type | Officer |
|---|---|---|---|
| 03/24/2019 08:36 | NO TALK/2CD FULL. VIOLENT/UNPREDICATBLE. | AD SEG REVIEW | MARTIN, CHRISTOPHER |
| 03/17/2019 08:11 | 2 C/O FULL. RECENT VIOLENT ASSAULT AGAINST 2 INMATES IN GPOD RESULTING IN SERIOUS INJURIES. | AD SEG REVIEW | MAXEY, KEVIN |
| 03/10/2019 11:39 | ASSAULTED 2 INMATES IN GPOD RESULTING IN SERIOUS INJURY AND HOSSPITAL TRANSPOT. MENTAL HEALTH CONCERNS AND 2 C/O. | AD SEG REVIEW | MAXEY, KEVIN |
| 02/24/2019 08:49 | SLEEPING ON BED. NO RECENT DOCUMENTED INCIDENTS. MAY ATTEMPT GENERAL POPULATION HOUSING. | 30 DAY REVIEW | MAXEY, KEVIN |
| 02/17/2019 18:4 | RECENTLY CLEARED SPP | AD SEG REVIEW | PANNELL, DYLAN |
| 02/10/2019 17:1 | MENTAL CONCERNS ON SPP | AD SEG REVIEW | PANNELL, DYLAN |

COB 00054

# CLASSIFICATION HOUSING ASSIGNMENT

NAME _Stilwell, Joseph Leo_     IID# _171090_

| DATE | OFFICER | FROM | TO | COMMENTS |
|---|---|---|---|---|
| 7/19/17 | 38 | BKG | CAPA | OP |
| 3/1/19 | CM | G17A | HOSP | PMP - ADMITTED TO HOSP. |
| 3/11/19 | CM | HOSP | G11B | PMP- HOSP. RETURN. NEED LL/LB DUE TO INJURED KNEE |
| 9/6/19 | / | / | / | SENTENCED TO LVCR |
| 9/20/19 | | | TRANS | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PC WAIVER:  YES / NO

## INITIAL CUSTODY ASSESSMENT SCALE

Inmate Name: Stilwell, Joseph     ID# 171098

| | | |
|---|---|---|
| **1. Severity of Current Charge:** | Charge: 269(A)     0   2   (5)   7 | Score: 5 |
| **2. Serious Offense History:** | Charge: _____     (0)   2   5   7 | Score: 0 |
| **3. Escape History:** | Charge: _____     (0)   3   7 | Score: 0 |

PC 4530(a), 4530(b), 4532(b), WI 871, 1768.7

TOTAL ITEMS 1-3: 5

**4. Disciplinary History:**     Three Serious Write-Ups:   1
Four or More Write-Ups:   3
Score: 0

**5. Prior Felony Convictions (Non Current)**     None: (0)
One:   2
Two or More:   4
Score: 0

**6. Alcohol and/or Drug Abuse:**     None: (0)
One to Five:   1
Six or More:   3
Score: 0

TOTAL ITEMS 1-6: 5

**7. Stability Factors:**     Age 26 or Older: (-1)
Employed, Retired, School 6 Months Prior to the Arrest: -1
Lived at Same Address for 12 Months or More: -1
Score: -1

TOTAL ITEMS 1-7: 4

OVERRIDE:     YES     (NO)

REASON: _____

---

| FINAL CUSTODY RATING: (Circle) | MINIMUM | (MEDIUM) | MAXIMUM |
|---|---|---|---|

DNA IN XJAIL: (YES)   NO
GANG LIST UPDATED: YES   (NO)     AFFILIATION: _____
HOLDS/ICE: YES   (NO)     AGENCY: _____
ENEMIES: YES   (NO)     NAME: _____
PC WAIVER SIGNED: (YES)   NO
ALL FORMS SIGNED: (YES)   NO

PRIMARY CLASSIFICATION OFFICER: _____   DATE: 7/8/12

SECONDARY CLASSIFICATION REVIEW: _____   DATE: 7/15/17

**Classification Questionnaire**

Last Name: _Sthwell_   First Name: _Joseph_   Initial: _L_

Any other name(s) you have been known by: _____

Street Address: _726 W. 2nd ave_ City: _Checo_   State: _Ca_

How long have you lived at the above address? _A few months_

Are you right handed or left handed? _right_

What is your sexual preference? (Men, Women, Both) _womens_

What is your religious preference? _Christian_

What is your race or national origin? _white_

If you are a Foreign National have you contacted a consular or embassy official? _no_

If no, would you like one contacted? _____ Time/Date Contacted: _____

Officer's name and Employee # that made contact: _____

Do you have facial hair? (Goatee, Mustache, Beard) _goatee_

List all of your tattoos if any (what they are/where they are) _none_

_____ _none_

List any scars you may have _no major scars_

Do you have any amputations or prosthetics? _no_

Employer's name and address: _Self employed (car saleman)_

How long have you worked for above employer? (Years/Months) _5 years_

How many days a week do you work there? _5_

Where did you go to high school? (School name/City/State) _Paradise High_

**Did you graduate from High School?** _Yes_ **If no highest grade completed**_____
*(If yes do not fill out Special Education Questionnaire)*

Were you in any special classes in school? _no_
**Did you have an IEP (Individual Education Plan)?** _no_
*(If inmate answers yes to either of these questions, and is 18-21 years of age proceed to Special Education questionnaire.)*

Where did you go to college? _College of the Redwoods_

Are you currently enrolled in school?  If yes, Where?_____

How long have you been attending school?_____

Are you on probation or parole? _No_ Who is your P.O.?_____

**Did you serve in the US Military or are you a widow/widower of a Veteran** _no_

**Type of discharge.** *(Circle One)*
**Honorable/ Other**_____

**Would you like to speak with a Veterans Service Representative?** _no_
*(If inmate answers yes to both questions above notify Veterans Service Officer.)*

What other county jails have you been in? _King County_

What state prisons have you been in?_ _none_

Have you ever been in Protective Custody? _no_

Why were you placed there? (Charges/Enemies/Informant)_____

Have you ever escaped from custody? If yes, where/when? _no_

Have you ever been written up for rule violations?_ _no_

Have you ever been assaulted in custody?_ _no_

Do you have any medical or mental disorders? If yes, what are they? _General Anxiety Disorder, Panic Attacks_

Do you have any current injuries? _Yes_ What? _my knees are scabbed up._

Do you have private health insurance? _No_ Name of company?_____

COB 00058

Have you ever attempted suicide? If so, when? _____ no _____

Do you feel like killing yourself now? _____ no _____

Do you drink alcohol? _Yes_ How much do you drink in a week? _12 beers_

Do you use street drugs? _Yes_ What type of drugs do you use? _Marijauna_

How do you use it? (Smoke/Snort/Intravenously) _Smoke_

Who can we contact in case of an emergency? (Name/Address/Phone) _____
_My father Joseph Charles Stilwell_
_360-908-3407    or  360-519-3617_

Do you have any enemies or anyone you cannot be housed with? _no_

Have you ever been a victim of gang violence? If yes, when? _____
Where? _____ Why? _____

Are you a gang member? _no_ Have you ever been a gang member? _no_

What is the name of your gang? _____

What do the members of your gang call you? _____

What city did your gang originate in? _____

What turf does your gang claim? _____

Who is your biggest rival gang? _____

Does your gang have any special color or clothing? _____

How many men are in your gang? _____ Women? _____

Classification Officer's Comments: _Coop._

CLASSIFICATION OFFICER: _____ Date: _7-15-19_

## Classification Enemy Reconciliation Contract

Inmate Name: _STILLWELL, JOSEPH_   Date: _7/1/19_

Inmate Name: _KIRK, COY_   Date: _7/1/19_

Due to a verbal, physical or other type of dispute, you have made a choice as to how you want to live while in the Butte County Jail. This decision, whether made by you or for you, has directed Classification staff to list the above mentioned inmates as enemies.

We are offering you an option where you will be able to live in a housing area that you are not necessarily eligible for because of your enemy status. We are offering this as an alternative to remaining in Administrative Segregation or other housing by reconciling the two parties.

Your status from this point forward is up to you. You will be making the decisions about how you want to live for the remainder of your time here. This contract represents a binding agreement between the aforementioned inmates and the Butte County Jail Classification Unit. Both parties are required to sign this agreement to void their enemy status.

### Inmate Statement

I understand that I have a choice as to the lifestyle I wish to live in while incarcerated at the Butte County Jail. I understand and agree to abide by the terms stated below.

1. I will not be disruptive or fight with the above mentioned inmate (physically or verbally).

2. I understand that by agreeing to reconcile with the above mentioned inmate his or her name will be removed from my classification enemies list and classification may choose to house me with this inmate at their discretion.

3. I understand that I may be charged criminally and/or with disobeying a lawful order from the correctional staff if I violate this contract.

4. I understand that I may be placed in Administrative Segregation if I am found to be in violation of this contract.

5. I hereby accept full responsibility and liability if I am injured or otherwise harmed because of thus decision.

6. I have read, understand, and concur with the above statements.

Inmate Signature: _____   Date: _7/1/19_

Inmate Signature: _____   Date: _7/1/19_

Officer Signature: _____   Date: _7/1/19_

COB 00060

[ ]TE COUNTY SHERIFF'S O[ ]CE
**CORRECTIONS DIVISION**

**INMATE GRIEVANCE FORM**                    # 19-0523

| INMATE'S NAME: (Last/First) Stilwell Joseph | ID# 171098 | HOUSING: G11 | DATE/TIME: 4/23/19 1800 |
|---|---|---|---|

DESCRIBE AND REFERENCE ALLEGED VIOLATION          DATE/TIME OF INCIDENT:

On the Morning of March 7th, 2019 at approx. 3am, inmate Antonio Hernandez was observed wandering arround the dayroom during 'rack status' time when he unscrewed the head of the broom and entered the sleeping area where he continued slowly moving around the bunks in a crouched position until he came to Clarence Beavers bunk (11a). He then proceeded to bash Mr. Beavers head in while he was asleep. I immediatly jumped from my bunk (17a) to stop him and in the process recieved multiple serious injuries including a severe laceration to my head from the weapon (seven staples) and nerve damage to half my scalp (it is still numb), as well as a fractored ankle and a broken patella (knee-cap) which required reconstructive surgery of the bone and fourteen staples. Deputies I spoke with who saw the video, including the tower deputy, said he was viewed wandering around the dayroom well before the incident occured. He never should have been allowed to do so and I believe this whole situation could have been avoided had he been notified of his violation of 'Rack Status' rules after 11:30 pm. Antonio Hernandez had been exhibiting mentally ill behavior since that day he came from 'A-Pod'. Tower deputies Acton and Perce both witnessed his behavior the evening prior to and the morning of the incident.

INMATE'S SIGNATURE: _____

| RECEIVED BY: HOUSING OFFICER'S INITIALS: JV | DATE/TIME: 4·23·19 / 1738 HR |
|---|---|
| RECEIVED BY: TEAM SERGANT'S INITIALS: DM | DATE/TIME: 4-23-19  1800 |

PROPOSED RESOLUTION:

Admin. Closed  see attached

GRIEVANCE HAS [ ] HAS NOT [ ] BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS:
                                                          DATE/TIME:

LIEUTENANT'S RESPONSE:

GRIEVANCE HAS [ ] HAS NOT [ ] BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS:
                                                          DATE/TIME OF HEARING:

JAIL COMMANDER'S RESPONSE:

JAIL COMMANDER'S INITIALS                    DATE/TIME OF REVIEW:

GRIEVANCE HAS [ ] HAS NOT [ ] BEEN RESOLVED TO MY SATISFACTION. INMATES'S INITIALS:

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

**GRIEVANCE #:**  19-0523

**GRIEVANT:**     Stilwell, Joseph IID# 171098

**STEP #1 HEARING OFFICER:**    D. Mell, Correctional Sergeant

**DATE:**     4-23-19

Administratively Closed

Mr. Stilwell, it is not against the law to be mentally ill and being mentally ill does not mean that someone is danger to others. There are many mentally ill people that do not display odd or bizarre behavior and you have no awareness to their condition. Being mentally ill does not constitute that someone cannot cohabitate with other people. Just because staff observed someone displaying behavior consistent with having a mental illness it does not constitute that they should have had that individual removed from the housing unit or are in some fashion responsible for their behavior.

Furthermore, there are many inmates who enter and exit the dayroom during night time rack status and they do not pose a threat or cause a disturbance. It would be extremely unnecessary to disrupt and awaken an entire housing unit every time an inmate enters the dayroom during the night as you suggest. As you stated in your grievance Hernandez was "wandering around the dayroom." He was not displaying any behavior that would suggest that he was a threat to anyone until he initiated his assault. As unfortunate as the incident was it was not something that could have been foreseen or expected to occur.

Your grievance has been Administratively Closed because you have failed to articulate a complaint or violation by staff. Instead you have stated a procedure that you "believe" should be carried out by staff.

# CLASSIFICATION HOUSING ASSIGNMENT

NAME _BEAVER, CLARENCE_          IID# _174854_

| DATE | OFFICER | FROM | TO | COMMENTS |
|------|---------|------|-----|----------|
| 12-13-18 | DP | BYC | 610 | Pf. 290 PC                    (Rap Ban) |
| 3/25/19 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PC WAIVER:  YES / NO

## INITIAL CUSTODY ASSESSMENT SCALE

Inmate Name: BEAVER, CLARENCE                    ID# 174854

**1. Severity of Current Charge:**     Charge: 290          0  (2)  5  7      Score: 2

**2. Serious Offense History:**        Charge: 288(A)/FEL 12    0  2  (5)  7      Score: 5

**3. Escape History:**                 Charge: _____      (0)  3  7        Score: 0
PC4530(a), 4530(b), 4532(b), WI 871, 1768.7

TOTAL ITEMS 1-3:  7

**4. Disciplinary History:**           Three Serious Write-Ups:  1
                                       Four or More Write-Ups:  3

                                                                          Score: 0

**5. Prior Felony Convictions (Non Current)**          None:  0
                                                        One:  2
                                                Two or More:  (4)      Score: 4

**6. Alcohol and/or Drug Abuse:**                      None:  0
                                                One to Five:  (1)
                                                 Six or More:  3        Score: 1

                                       TOTAL ITEMS 1-6:  12

**7. Stability Factors:**                        Age 26 or Older:  (-1)
          Employed, Retired, School 6 Months Prior to the Arrest:  (-1)
                   Lived at Same Address for 12 Months or More:  (-1)    Score: -3

                                       TOTAL ITEMS 1-7:  9

OVERRIDE:       (YES)        NO

REASON:  PF-290 PC

---

**FINAL CUSTODY RATING:**   MINIMUM      (MEDIUM)       MAXIMUM
          (Circle)

DNA IN XJAIL:  (YES)   NO
GANG LIST UPDATED:  YES   (NO)          AFFILIATION: _____
HOLDS/ICE:  YES   (NO)                  AGENCY: _____
ENEMIES:  YES   (NO)                    NAME: _____
PC WAIVER SIGNED:  YES  (NO)
ALL FORMS SIGNED:  (YES)   NO

PRIMARY CLASSIFICATION OFFICER: _____  DATE: 12/3/18

SECONDARY CLASSIFICATION REVIEW: _____  DATE: 12/3/18

COB 00064

#-174854

## Classification Questionnaire

Last Name: _BEAVER_     First Name: _Clarence_     Initial: ___

Any other name(s) you have been known by: _N/A_

Street Address: _13000 Bothell Everett Hwy 303-629_   City: _Mill Creek_   State: _WA_

How long have you lived at the above address? _6 years_

Are you right handed or left handed? _right_

What is your sexual preference? (Men, Women, Both) _women_

What is your religious preference? _Christian_

What is your race or national origin? _American Indian_

If you are a Foreign National have you contacted a consular or embassy official? _N/A_

If no, would you like one contacted? _____  Time/Date Contacted: _____

Officer's name and Employee # that made contact: _____

Do you have facial hair? (Goatee, Mustache, Beard) _Beard_

List all of your tattoos if any (what they are/where they are) _left arm SF 49ers_
_right arm (guy with 3rd eye open)_

List any scars you may have _none_

Do you have any amputations or prosthetics? _N/A_

Employer's name and address: _Grizzly Pet Products_

How long have you worked for above employer? (Years/Months) _5 1/2 years_

How many days a week do you work there? _Mon-Fri_

Where did you go to high school? (School name/City/State) _X✗ Casa Roble Orangevale CA_

**Did you graduate from High School?** _____ **If no highest grade completed** _12_
*(If yes do not fill out Special Education Questionnaire)*

**Were you in any special classes in school?** _n/a_
**Did you have an IEP (Individual Education Plan)?** _n/a_
*(If inmate answers yes to either of these questions, and is 18-21 years of age proceed to Special Education questionnaire.)*

Where did you go to college? _SF City College_

Are you currently enrolled in school?  If yes, Where? _No_

How long have you been attending school? _____

Are you on probation or parole? _No_  Who is your P.O.? _____

**Did you serve in the US Military or are you a widow/widower of a Veteran** _No_

**Type of discharge.** *(Circle One)*
**Honorable/ Other** _____

**Would you like to speak with a Veterans Service Representative?** _____
*(If inmate answers yes to both questions above notify Veterans Service Officer.)*

What other county jails have you been in? _SF County Jail, Snohomish_

What state prisons have you been in? _San Quentin_

Have you ever been in Protective Custody? _No_

Why were you placed there? (Charges/Enemies/Informant) _n/a_

Have you ever escaped from custody? If yes, where/when? _no_

Have you ever been written up for rule violations? _No_

Have you ever been assaulted in custody? _No_

Do you have any medical or mental disorders? If yes, what are they? _No_

Do you have any current injuries? _YES_ What? _lower Lumbar_

Do you have private health insurance? _yes_ Name of company? _Regence BlueShield_

Have you ever attempted suicide? If so, when? _NO_

Do you feel like killing yourself now? _no_

Do you drink alcohol? _yes_ How much do you drink in a week? _6 cups_

Do you use street drugs? _no_ What type of drugs do you use? _n/a_

How do you use it? (Smoke/Snort/Intravenously) _n/a_

Who can we contact in case of an emergency? (Name/Address/Phone) _Allyson Beaver (425-354-9574)   Wife_

Do you have any enemies or anyone you cannot be housed with? _no_

Have you ever been a victim of gang violence? If yes, when? _no_
Where? _____ Why? _____

Are you a gang member? _no_ Have you ever been a gang member? _no_

What is the name of your gang? _n/a_

What do the members of your gang call you? _n/a_

What city did your gang originate in? _n/a_

What turf does your gang claim? _n/a_

Who is your biggest rival gang? _n/a_

Does your gang have any special color or clothing? _n/a_

How many men are in your gang? _n/a_ Women? _n/a_

Classification Officer's Comments: _Polite / coop_

CLASSIFICATION OFFICER: _____ Date: _12-13-11_





**BUTTE COUNTY SHERIFF'S OFFICE**
**INTER-DEPARTMENTAL MEMORANDUM**

GRIEVANCE #:       19-0337

GRIEVANT:          Beaver, Clarence IIF 174854 (G11A)

STEP #1 HEARING OFFICER:    K. Turner, Correctional Sergeant

DATE:              March 19, 2019 @ 0930 hours

As it has been explained to you, it is an ongoing investigation and releasing said reports
could compromise said investigation.  You may obtain portion of the report through
discovery with your attorney.

### GRIEVANCE DENIED

We have not violated any constitutional right, federal or state law, Title 15 requirement
and county or city ordinance.  No facility rules or regulations have been violated.  No
further action will be taken on this grievance.  You have exhausted all administrative
recourse for your grievance.

*CRIME Report Request.*

**BUTTE COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**

## INMATE GRIEVANCE FORM

# 19-0337

| INMATE'S NAME: (Last/First) BEAVER, CLARENCE | ID# 174854 | HOUSING: G11A | DATE/TIME: 3/18/19 0600 |
|---|---|---|---|

DESCRIBE AND REFERENCE ALLEGED VIOLATION | DATE/TIME OF INCIDENT:

I Am Declaring That on 3-7-19 The listed Below Statement of facts Occured on The Butte County JAILS Premisses Between The Hours of 200 300 At Night. Deputy Perez Stated He Saw Inmate Antonino Hernandez In Bunk 20B was Infact walking around In The Day Room with The Broom End But failed to Act on what He was Doing with His abnormall Behavior. I Am Requesting The Crime Report from which was Prepared By The Butte County Sherriffs Office. I AM A victim of A violent crime. I am Requesting That I Be forwarded A copy of The Report Prepared By your Department for The violent outRage of An Attack. Is The Investigation over ?. My Specific action for This Grievance Is That It Be forwarded to The JAIl Commander for Review As well As Grievance # 19-0299. I was Assaulted In My Sleep.

INMATE'S SIGNATURE: _[signature]_  03·19·19

RECEIVED BY: HOUSING OFFICER'S INITIALS: J64  DATE/TIME: 3/19/19 — 0817

RECEIVED BY: TEAM SERGANT'S INITIALS: [initials]  DATE/TIME: 3/19/19 0930

PROPOSED RESOLUTION:

Denied - See attached

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS: ___
DATE/TIME: ___

LIEUTENANT'S RESPONSE:

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS: ___
DATE/TIME OF HEARING: ___

JAIL COMMANDER'S RESPONSE:

JAIL COMMANDER'S INITIALS ___  DATE/TIME OF REVIEW: ___

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES'S INITIALS: ___

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt     J-117 7/00

COB 00069

Grievance #:          19 – 0299
Grievant:             Beaver, Clarence IID# 174854
Date:                 March 13, 2019
Step two hearing officer:       Robert Hadley, Correctional Lieutenant


Inmate Beaver,

The Inmate Grievance Form is not the proper method for seeking the request made in
your grievance.

The Sheriff's Office has referred this crime to the District Attorney for prosecution.

The Sheriff's Office does not assume responsibility for the actions of every incarcerated
person in the Butte County Jail, nor does the Sheriff's Office have the authority to grant
or deny monetary damages on behalf of the County of Butte.


Grievance Administratively Closed.

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

**GRIEVANCE #: 19-0185**

**GRIEVANT: Beaver, Clarence (174854)**

**STEP #1 HEARING OFFICER: J. Castillon**

**DATE: 3/12/19 @ 2300**

Mr. Beaver you were unfortunately a victim of an assault by inmate Hernandez. The jail was not responsible for Hernandez's actions as he acted on his own accord. We cannot schedule a hearing within the jail to discuss monetary compensation for your injuries.

The incident in question has been referred to the District Attorney Office for prosecution. As a victim of a crime you can contact the Butte County Victim/Witness Assistance Center and inquire about your rights as a victim and inquire how you can pursue restitution from Hernandez.

Victim-Witness Assistance Center
Butte County District Attorney's Office
25 County Center Drive., Suite 218
Oroville, CA 95965
Phone: (530) 538-7340
Fax: (530) 534-8301

Mr. Beaver on the day you were assaulted you were initially assessed by the jails medical unit and you were sent out to Oroville Hospital for further treatment. Your grievance was unclear on whether you are grieving the medical unit for the treatment they provided to you on the day of the incident or whether you are grieving the hospital for the treatment they provided. If you have an issue on the treatment the jail medical staff

provided, you need to resubmit another grievance on how the medical unit did not provide adequate care. You cannot submit a jail grievance, grieving the hospital since it is an entire different entity. You can request your medical records from the jails medical unit by submitting a request form requesting your medical records.

# BUTTE COUNTY SHERIFF'S OFFICE
## INTERDEPARTMENTAL MEMORANDUM

**GRIEVANCE #: 19-0185**

**GRIEVANT: Beaver, Clarence (174854)**

**STEP #1 HEARING OFFICER: J. Castillon**

**DATE: 3/12/19 @ 0300**

Mr. Beaver your grievance has been received and there will be a slight delay until your grievance could be properly looked into and answered.

COB 00073

B__TE COUNTY SHERIFF'S O__E
**CORRECTIONS DIVISION**

19-0299

## INMATE GRIEVANCE FORM                    #

| INMATE'S NAME: (Last)/First) | ID# | HOUSING: | DATE/TIME: |
|---|---|---|---|
| Beaver, Clarence | 174854 | G11A | 3/11/19  1000 |

DESCRIBE AND REFERENCE ALLEGED VIOLATION              DATE/TIME OF INCIDENT:

I Declare on This DAY 3-7-19 The listed Below Statement of Facts occured on Butte County JAILS Premisises Between The Hours of 200/300 AM Night In G-Pod BuNk 11A I was Aggressivlly Assaulted By Inmate [Antonio Hernandez] In BunK 20B I was In Fact Assaulted In my sleep The Cameras Footage From G-Pod Delta tower will Afirm Directly upon Scontial View first Hand I was Struck In Left Hand Side of my face my Bones fractured and Broken vested In my medical Documents Here at The JAil medical well Path Program manager Contractor of The Buttes main facility [Andrea tompson] And as well As The oroville Hospital 2767 Olive Hwy oroville, CA 95966. A SPecific Action of Is That A Hearing Be Set to Discuss A Monatary Settlement for Damages And for Surgery Reconstruction facial Surgery I Have a mobility ImPAirmnt That substuncate one or more DAily life activitres Physical or mentle Walking Seeing Speaking Working Section 504 of Rehabilitation Act of 1973

| INMATE'S SIGNATURE: | 03 · 11 · 19 |
|---|---|
| RECEIVED BY: HOUSING OFFICER'S INITIALS: | DATE/TIME: 3/11/19 @ 1657 |
| RECEIVED BY: TEAM SERGANT'S INITIALS: M | DATE/TIME: 3/11/19 @ 2255 |

PROPOSED RESOLUTION:

SEE ATTACHED.

GRIEVANCE HAS ☐ HAS NOT ☑ BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS: CB  5:59 am

DATE/TIME: 03 · 13 · 19

LIEUTENANT'S RESPONSE:

SEE ATTACHED RESPONSE.

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES INITIALS:
E. R (SOUSA) 3/13/19 @ 1109 DATE/TIME OF HEARING:

JAIL COMMANDER'S RESPONSE:

JAIL COMMANDER'S INITIALS                    DATE/TIME OF REVIEW:

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATES'S INITIALS:

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt

J-117 7/00

COB 00074



**Butte County**
7 Gillick Way
Oroville, California  95965
Phone : (530) 538-7593, Fax : (530) 538-7035

## ENCOUNTER SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Inmate Name:** STILWELL JOSEPH LEO | | **Inmate No:**171098 | **Gender:**MALE | **MRN:**38237 |

**DOB:** 07/07/1974     **Booking Date:**07/15/2017     **Booking No:**     17-006660

**Enc. No : 083996-H1**      **Enc. Date : 3/7/2019**      **Enc. Via : In-Person**      **Category : Health**

**Call Type : Manual**      **Call For : Nurse**      **Visit : New Encounter**

**Enc. Type :**

### Visit

Chief Complaints:  415

Problem Description:

Evaluation:

Severity:

### Allergy

NKA

### Vitals

**Vital Date: 03/07/2019 03:23 AM**

Location : <Left Arm>    BP : (Seated) <158 / 98 > mmHg    Heart Rate : <83 bpm>    Respiration : <18 bpm>    SpO2 : <97 %>

### Physical Exam

SKIN CONDITION: Location; right side forehead. laceration approx 8 cm long, and deep enough to see fatty tissue.
MUSCULOSKELETAL- TRAUMA: Range of Motion; decreased deformity to left knee cap.

### Diagnosis

### Referrals

Inmate Referred  at Oroville Hospital by Lawrence Brandie  on 3/7/2019

### Sign Off Note

Disposition : Close

Created By : Lawrence Brandie

   Date : 3/7/2019 3:29:36 AM

   Notes :  complete

**Signature**

Auto Code signed by Lawrence Brandie  on 03/07/2019 03:29

**Report generated by : a555**      **(Date & Time : 05/27/2020 08:33 [UTC -08:00])**

Page 1 of 1

COB 00075



**Butte County**
7 Gillick Way
Oroville, California  95965
Phone : (530) 538-7593, Fax : (530) 538-7035

## ENCOUNTER SUMMARY REPORT

| | | | |
|---|---|---|---|
| Inmate Name: STILWELL JOSEPH LEO | | Inmate No:171098 | Gender:MALE | MRN:38237 |
| DOB: 07/07/1974 | Booking Date:07/15/2017 | Booking No: | 17-006660 | |

| | | | |
|---|---|---|---|
| Enc. No : 084257-H1 | Enc. Date : 3/11/2019 | Enc. Via : In-Person | Category : Health |
| Call Type : Manual | Call For : Nurse | Visit : New Encounter | |
| Enc. Type : | | | |

**Visit**

Chief Complaints:  omc return

Problem Description:

Evaluation:

Severity:

**General Notes :-**

| Created By | Created Date | Notes |
|---|---|---|
| Rai Harjot | 3/11/2019 11:42:52 AM | omc return seen 10:30 approx, pt. given WC. <br><br> a/o x4, perrla 3mm 3mm, cap refill brisk, CV s1 s2, lungs CTA b/l, +2 ble bue pulses, NAD. vitals stable. <br><br> 7 stitches to right side of forehead and 14 stitches left knee. <br><br> omc docs recieved. |
| Rai Harjot | 3/11/2019 11:45:36 AM | on site provider notified, orders to cont d/c medications. |
| Rai Harjot | 3/11/2019 11:54:12 AM | pt. compliant with d/c instructions |

**Allergy**

NKA

**Vitals**

**Vital Date: 03/11/2019 10:30 AM**

Location : <Right Arm>   BP : (Seated) <132 / 84> mmHg   Temperature : <98.9 °F Forehead>   Heart Rate : <94 bpm>   Regularity : <Regular>
Respiration : <16 bpm>   Type : <Normal>   Subjective Pain : <0>   SpO2 : <99 %>   Note: <omc return>

**Diagnosis**

**Medication**

Amox/Clav (Augmentin) 875mg/125mg ; Sig : Administer 1 TAB by mouth 2 Time(s) per Day : AM, PM for 5 Day
Start Date : 03/11/2019 , End Date : 03/16/2019
Ibuprofen (Motrin) 400mg Tablet ; Sig : Administer 1 TAB by mouth 3 Time(s) per Day : AM, N, PM for 5 Day
Start Date : 03/11/2019 , End Date : 03/16/2019

**Sign Off Note**

Disposition : Close

Created By :  Uniek EMR System

Date : 3/12/2019 11:52:30 AM

Notes : Auto closed by system.

Page 1 of 2

COB 00076

Disposition : Authorization Request
Created By : Rai Harjot
    Date : 3/11/2019 11:57:25 AM
    Notes :
**Signature**

Auto Code signed by Rai Harjot  on 03/11/2019 11:57

**Report generated by : a555**     **(Date & Time : 05/27/2020 08:34 [UTC -08:00])**

COB 00077



**Butte County**
7 Gillick Way
Oroville, California  95965
Phone : (530) 538-7593, Fax : (530) 538-7035

## ENCOUNTER SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** STILWELL JOSEPH LEO | | **Inmate No:**171098 | **Gender:**MALE | **MRN:**38237 |
| **DOB:** 07/07/1974 | **Booking Date:**07/15/2017 | **Booking No :** 17-006660 | | |

| | | | |
|---|---|---|---|
| **Enc. No : 084362-H1** | **Enc. Date : 3/12/2019** | **Enc. Via : In-Person** | **Category : Health** |
| **Call Type : Manual** | **Call For : Mid-level Provider** | **Visit : New Encounter** | |
| **Enc. Type :** | | | |

<u>Visit</u>

Chief Complaints:  hospital return r/t patella fracture

Problem Description:

Evaluation:

Severity:

<u>General Notes :-</u>

| Created By | Created Date | Notes |
|---|---|---|
| Rayome Ryan | 3/12/2019 9:57:35 AM | S:<br>   Hospital return s/p head laceration, left patella fx repair, left navicular fx. Pt had surgery for patellar repair and has follow up scheduled with ortho. Navicular fx was non displaced.<br>O:<br>   General - no acute distress<br>   Cardiac - RRR, no murmurs<br>   Pulmonary - CTA, no wheezes<br>   Skin - 7 staples present in right forehead<br>   Extremities - left knee wrapped and braced<br>A:<br>   Forehead laceration s/p repair<br>   Left patella fx s/p repair<br>   Left navicular fx,  non displaced<br>P:<br>   Staple removal in 1 week<br>   F/U ortho |

<u>Allergy</u>

NKA

<u>Diagnosis</u>

<u>Followup Plan</u>

FollowUp Appointment is set on 03/18/2019 from 12:00 AM to 12:00 AM for Staple removal to left leg

**Original Appointment Details :**  FollowUp Appointment is set on 03/19/2019 from 12:00 AM to 12:00 AM with PA  NP for Staple removal to left leg

<u>Sign Off Note</u>

Disposition : Close

Created By : Rayome Ryan

    Date : 3/12/2019 9:58:29 AM

    Notes :

COB 00078

**Signature**

Auto Code signed by Rayome Ryan  on 03/12/2019 09:58

---

COB 00079



**Butte County**
7 Gillick Way
Oroville, California  95965
Phone : (530) 538-7593, Fax : (530) 538-7035

## ENCOUNTER SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Inmate Name:** STILWELL JOSEPH LEO | **Inmate No:**171098 | **Gender:**MALE | **MRN:**38237 |
| **DOB:** 07/07/1974 | **Booking Date:**07/15/2017 | **Booking No:**   17-006660 | |

| | | |
|---|---|---|
| **Enc. No : 084799-H1** | **Enc. Date : 3/18/2019** | **Enc. Via : In-Person** | **Category : Health** |
| **Call Type : Manual** | **Call For : Mid-level Provider** | **Visit : Followup** |
| **Enc. Type :** | | |

<u>Visit</u>

Chief Complaints:  Staple removal to left leg

Problem Description:

Evaluation:

Severity:

<u>General Notes :-</u>

| Created By | Created Date | Notes |
|---|---|---|
| Rayome Ryan | 3/18/2019 3:56:14 PM | S:<br> F/U left patella surgery. Surgery was 11 days ago. Pt scheduled to have staples removed today. No complaints.<br>O:<br> General - NAD<br> Cardiac - RRR, no murmurs<br> Pulmonary - CTA, no W/R/R<br> Ext - staples present to left anterior knee surgical wound. Well healing, no erythema, no warmth, no swelling, no tenderness, no dehiscence, no drainage.<br>A:<br> Staple removal<br>P:<br> Staples removed without complication |

<u>Allergy</u>

NKA

<u>Diagnosis</u>

<u>Sign Off Note</u>

Disposition : Close

Created By : Rayome Ryan

Date : 3/18/2019 3:56:27 PM

Notes :

**Signature**

Page 1 of 2

Auto Code signed by Rayome Ryan  on 03/18/2019 15:56

---

COB 00081



**Butte County**
7 Gillick Way
Oroville, California  95965
Phone : (530) 538-7593, Fax : (530) 538-7035

## ENCOUNTER SUMMARY REPORT

| | | | |
|---|---|---|---|
| Inmate Name: BEAVER CLARENCE | | Inmate No:174854 | Gender:MALE | MRN:48222 |
| DOB: 02/25/1971 | Booking Date:12/12/2018 | Booking No:  18-013124 | | |

**Enc. No : 084903-H1**      **Enc. Date : 3/20/2019**      **Enc. Via : In-Person**      **Category : Health**

**Call Type : Sick Call**      **Call For : Mid-level Provider   Visit : New Encounter**

**Enc. Type :**

### Visit

Chief Complaints:  c/o facial pain and numbness at the temple

Problem Description:

Evaluation:

Severity:

### General Notes :-

| Created By | Created Date | Notes |
|---|---|---|
| Colvin Jed | 3/20/2019 7:16:59 PM | S:  Left sided facial pain, known fracture.  Improved from previous week.  concern of numbness |
| | | O:  Edema to left side of face (improved from previous week).  Sharp and dull sensation intact. |
| | | a/p facial fx, pt has follow up, counseled.  Symptoms improved. Continue soft diet |

### Allergy

NKA

### Diagnosis

MS-Non Traumatic: Vague Muscle Pain  SP (N-Ald)  Onset : 03/20/2019 Assessment : Same

### Sign Off Note

Disposition : Close

Created By : Colvin Jed

    Date : 3/20/2019 7:17:10 PM

    Notes :

**Signature**

Auto Code signed by Colvin Jed  on 03/20/2019 19:17

---

**Enc. No : 084233-H1**      **Enc. Date : 3/13/2019**      **Enc. Via : In-Person**      **Category : Health**

**Call Type : Sick Call**      **Call For : Mid-level Provider   Visit : New Encounter**

COB 00082

**Enc. Type :**

<u>Visit</u>

Chief Complaints:  requests mech soft diet.
                   (current diet ended 3/11/19)

Problem Description:

Evaluation:

Severity:

<u>General Notes :-</u>

| Created By | Created Date | Notes |
|---|---|---|
| Colvin Jed | 3/13/2019 6:56:26 PM | S:  Follow up on facial fractures, would like to continue soft diet and pain medications.  Counseled on opioids.  No changes in vision <br><br> O:  Diffuse contusion with mild edema to left side of face, subconjuntival hemmorhage present, A&Ox4, non-toxic, no distress <br><br> a/p  Facial fx, soft diet, nsaids and tylenol |

<u>Allergy</u>

NKA

<u>Diagnosis</u>

<u>Medication</u>

Ibuprofen (Motrin) 600mg Tablet ; Sig : Administer 1 TAB by mouth 2 Time(s) per Day : AM, PM for 15 Day
Start Date : 03/14/2019 , End Date : 03/28/2019
Acetaminophen (Tylenol) 500mg Tab ; Sig : Administer 2 TAB by mouth 2 Time(s) per Day : AM, PM for 15 Day
Start Date : 03/14/2019 , End Date : 03/28/2019

<u>Diet Plan</u>

Dental Soft (Mechanical Soft) Start Date : 03/14/2019 Referred By : Colvin Jed  End Date : 03/25/2019 End By :

<u>Sign Off Note</u>

Disposition : Close

Created By : Colvin Jed

    Date : 3/13/2019 6:58:29 PM

    Notes :

**Signature**

Auto Code signed by Colvin Jed  on 03/13/2019 18:58

---

**Enc. No : 084038-H1**          **Enc. Date : 3/7/2019**          **Enc. Via : In-Person**          **Category : Health**
**Call Type : Manual**          **Call For : Mid-level Provider Visit : Followup**
**Enc. Type :**

<u>Visit</u>

Chief Complaints:  Follow Up, hosp return. Facial fx

Problem Description:

Evaluation:

COB 00083

Severity:

**General Notes :-**

| Created By | Created Date | Notes |
|---|---|---|
| Asafa Olusola | 3/7/2019 10:13:10 AM | Pt seen for left facial pain. Seen in the ER at Oroville yesterday and was given IBU for pain and to follow up with Dr Landis. Yet to start pain meds.<br><br>PE: Left periorbital swelling/tenderness, EOMI, able to see and count finger held abt 1ft away from the eye, left bulbar conjunctival injection<br><br>Ass:<br>Facial pain<br>Facial bone fracture<br>s/p alleged assault<br><br>Plan:<br>IBU as planned<br>Ice pack<br>F/U with Dr Landis as planned |

**Allergy**

NKA

**Diagnosis**

**Sign Off Note**

Disposition : Close

Created By : Asafa Olusola

Date : 3/7/2019 10:13:52 AM

Notes :

**Signature**

Auto Code signed by Asafa Olusola  on 03/07/2019 10:13

---

**Enc. No : 084018-H1**          **Enc. Date : 3/7/2019**          **Enc. Via : In-Person**          **Category : Health**

**Call Type : Manual**          **Call For : Nurse**          **Visit : New Encounter**

**Enc. Type :**

**Visit**

Chief Complaints:  hospital return

Problem Description:

Evaluation:

Severity:

**Allergy**

NKA

**Vitals**

**Vital Date: 03/07/2019 07:13 AM**

Location : <Right Arm>   BP : (Seated) <140 / 90> mmHg   Heart Rate : <84 bpm>   Respiration : <18 bpm>   SpO2 : <98 %>

**Diagnosis**

COB 00084

MS-Non Traumatic: Vague Muscle Pain  SP (N-Ald)  O.  .  03/07/2019 Assessment : New

**Medication**

Ibuprofen (Motrin) 600mg Tablet ; Sig : Administer 1 TAB by mouth 2 Time(s) per Day : AM, PM for 5 Day for pain
Start Date : 03/07/2019 , End Date : 03/12/2019

**Followup Plan**

FollowUp Appointment is set on 03/07/2019 from 12:00 AM to 12:00 AM for Follow Up,hosp return. Facial fx

**Diet Plan**

Dental Soft (Mechanical Soft) Start Date : 03/07/2019 Referred By : Lawrence Brandie  End Date : 03/11/2019 End By : Lawrence Brandie

**Instruction**

Patient Education: Rest, elevate affected extremity

Patient Education: Return to Clinic in 3 days if problem is not resolved

**Privileges**

| Privilege Name | Referred By | From date | To Date | Note |
|---|---|---|---|---|
| ICE | Lawrence Brandie | 3/7/2019 | 3/8/2019 | |

**Sign Off Note**

Disposition : Close

Created By : Uniek EMR System

    Date : 3/8/2019 7:20:35 AM

    Notes : Auto closed by system.

Disposition : Authorization Request

Created By : Lawrence Brandie

    Date : 3/7/2019 7:20:25 AM

    Notes : complete

**Signature**

Auto Code signed by Lawrence Brandie  on 03/07/2019 07:20

---

**Enc. No : 083997-H1**      **Enc. Date : 3/7/2019**      **Enc. Via : In-Person**      **Category : Health**

**Call Type : Manual**      **Call For : Nurse**      **Visit : New Encounter**

**Enc. Type :**

**Visit**

Chief Complaints: 4-15

Problem Description:

Evaluation:

Severity:

**General Notes :-**

| Created By | Created Date | Notes |
|---|---|---|
| | | |

COB 00085

| Shoemaker Daniela | 3/7/2019 3:43:35 AM | Ca... 4-1S. IM brought in the Med unit. IM presented a sup... al laceration on the left eyebrow, about 5 cm long not actively bleeding. Vitals elevated, IM able to ambulate and move all extremities with some difficulty. Unable to open his mouth r/t excruciated pain. Left side of the face presented a visible deformity. RN Lawrence presented decided to sent the IM to the ER via custody transport. |
|---|---|---|

**Allergy**

NKA

**Vitals**

**Vital Date: 03/07/2019 03:28 AM**

Location : <Right Arm>   BP : (Seated) <150 / 90> mmHg   Heart Rate : <90 bpm>   Respiration : <22 bpm>   SpO2 : <93 %>

**Diagnosis**

**Referrals**

Inmate Referred  at Oroville Hospital by Lawrence Brandie  on 3/7/2019

**Sign Off Note**

Disposition : Close

Created By : Shoemaker Daniela

         Date : 3/7/2019 3:46:18 AM

         Notes :

**Signature**

Auto Code signed by Shoemaker Daniela  on 03/07/2019 03:46

COB 00086

[2767 Oave Hwy]
Oroville, CA 95965
Phone: (530) 538-8580
Fax:    (530) 532-5434





| TO:<br>ATTN: | BUTTE CO JAIL | SENDER<br>NAME: | BRANDY |
|---|---|---|---|
| RECIPIENT<br>FAX: | 530.538.7035 | SENDER<br>FAX: | 530-532-8434 |
| RECIPIENT<br>PHONE: | 530.538.7593 | SENDER<br>PHONE: | 530-532-8580 |
| RE: | BEAVER,CLARENCE | DATE: | 3/7/2019 |
| MR#: | 495718 | PAGES: | 5 (including this coversheet) |

☐ Urgent          ☐ For Review          ☐ Please Comment          ☐ Please Reply

COMMENTS: ER PHYSICANS NOTE 3/7/19. FOR CONTINUITY OF CARE

The following material is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and/or otherwise exempt from disclosure under applicable law.

If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy any and all documents and/or attachments.

You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. The disclosure without appropriate patient consent or as permitted by law, is prohibited. Unauthorized redisclosure or failure to maintain confidentiality could subject you to penalties described in Federal and State law.

This fax line is used to send and receive patient private health information; it is secure (this fax machine is not used by patients).

MEDICAL RECORD

Progress Notes                                    Printed: 03/07/2019 10:15   PAGE 1

NOTE DATED: 03/07/2019 03:48
LOCAL TITLE: ER PHYSICIAN NOTE
STANDARD TITLE: EMERGENCY MEDICINE NOTE
VISIT: 03/07/2019 03:48 ER-EMERGENCY ROOM

TIME SEEN:
  0345

ROOM:
  Sink

ARRIVAL:
  Private vehicle

HISTORIAN:
  Patient

SCRIBED BY:
  Adam Yang

CHIEF COMPLAINT:
  Assault

HISTORY:
  48 year old male, brought in from jail s/p assault. Patient was sleeping when
another inmate hit him with the end of a broom stick to the left orbital region,
currently with swelling around his left eye with difficulty opening his eye
secondary to the pain. Denies any vision change, bleeding currently controlled.
He additionally has a headache and left anterior distal leg pain. Denies any
fever, chills, CP, SOB, N/V/D, or abdominal pain. Pt is ambulatory.

REVIEW OF SYSTEMS:
  Positive for:
    HEENT: Periorbital swelling
    MSK: Extremity pain
    Neuro: Headache
  Negative for:
    General: Fever, Chills
    HEENT: Sore throat
    CV: Chest pain, Palpitations
    Lungs: Cough, Shortness of breath
    GI: Nausea, Vomiting, Diarrhea, Abdominal pain
    GU: Dysuria
    MSK: Neck pain
    Skin: Rash
            ** THIS NOTE CONTINUED ON NEXT PAGE **

BEAVER,CLARENCE
OROVILLE HOSPITAL
Medical Record No.: 495718
DOB: 02/25/1971
Pt Loc: OUTPATIENT
Report Title: ER PHYSICIAN NOTE

MEDICAL RECORD

Progress Notes                              Printed: 03/07/2019 10:15   PAGE 2

03/07/2019 03:48     ** CONTINUED FROM PREVIOUS PAGE **


   All other systems negative

PAST MEDICAL PROBLEMS:
   Tobacco dependence

MEDICATIONS:
   None

ALLERGIES:
   No known allergies

SOCIAL HISTORY:
   Smokes 1 ppd
   Occasional alcohol
   History of meth use, last used 10 years ago

VITAL SIGNS:
03/07/19
04:27
   T:   100.4 F (38.0 C) (TYMPANIC)
   P:   90
   R:   20*
   B/P: 140/86*
   Pulse Oximetry: 97%
   Pain: 6

Nursing assessment and vital signs reviewed.

PHYSICAL EXAM:
   GENERAL:
      Mild distress, uncomfortable, appears stated age
   HEAD:
      Swelling to left side of face, lateral to left eye, spreading down to mid-
   cheek. 5mm linear abrasion lateral to left eye, no bleeding.  Vision in left
   eye normal.  Teeth nontender, remainder of face exam unremarkable.
   EYES:
      Normal conjunctiva, anicteric
      PERRLA, EOMI
      As above
   NECK:
      Nontender, no stepoff or deformity, normal ROM.
      Trachea midline
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

BEAVER,CLARENCE
OROVILLE HOSPITAL
Medical Record No.: 495718
DOB:02/25/1971
Pt Loc: OUTPATIENT
Report Title: ER PHYSICIAN NOTE

MEDICAL RECORD
Progress Notes                              Printed: 03/07/2019 10:15   PAGE 3

03/07/2019 03:48      ** CONTINUED FROM PREVIOUS PAGE **

   No JVD
  LUNGS:
    Clear to auscultation bilaterally, no wheezing, rales or rhonchi,
    symmetric expansion.
  CARDIOVASCULAR:
    Regular rate and rhythm, no murmurs, rubs or gallops.
  CHEST:
    Non tender, no crepitus or deformity
  ABDOMEN:
    Soft, nondistended, no palpable masses
    Nontender, no guarding or rebound
    Normal bowel sounds
  EXTREMITIES:
    Tender hematoma to distal left tibia proximal to the ankle, no other
    trauma noted
  BACK:
    Non tenderness, stepoffs or deformity, no CVAT
  PSYCHIATRIC:
    Normal affect and speech patterns, cooperative
  SKIN:
    Clear, dry, intact, no rashes or lesions, no pallor

RADIOLOGY:
  CT Head:
    Impression:
      1.  No evidence of acute intracranial process.
      2.  Left orbital and maxillofacial fractures with blood products
    in the sinuses.  See dedicated CT maxillofacial for details.
    - Electronically signed by: Morgan Haile, MD on 03/07/2019 04:55:43

  CT Maxillofacial:
    Impression:
      1.  Nondisplaced left orbital floor fracture and comminuted
    lateral wall fracture.  Small amount of intraorbital extraconal
    hemorrhage seen laterally. Mild left proptosis without
    retrobulbar hematoma.  Left periorbital and facial soft tissue
    swelling and contusion.
      2.  Fractures of the anterior and posterior walls of the left
    maxillary sinus and left zygomatic arch as above.  Blood products
    in the sinus.
    - Electronically signed by: Morgan Haile, MD on 03/07/2019 05:00:28

  Left Tib/Fib XR:
        ** THIS NOTE CONTINUED ON NEXT PAGE **

BEAVER, CLARENCE                    |
OROVILLE HOSPITAL                   |
Medical Record No.: 495718          |
DOB: 02/25/1971                     |
Pt Loc: OUTPATIENT                  |
Report Title: ER PHYSICIAN NOTE     |

MEDICAL RECORD

Progress Notes                                    Printed: 03/07/2019 10:15   PAGE 4

03/07/2019 03:45    ** CONTINUED FROM PREVIOUS PAGE **

    Impression:
       1. Mild arthritis.
       - Electronically signed by: Todd D. Greenberg M.D. CSCS *D on
         03/07/2019 04:25:45

INTERVENTIONS:
   Tylenol 975mg PO

PROGRESS:
   Patient seen and evaluated at bedside. Discussed symptoms. Tylenol given with
improvement  re-check temp=99.0.

0510- Dr. Landis called, case discussed. Recommends do not blow nose, ice pack
to area, see in his office in 3-5 days.

Reviewed imaging and Dr. Landis's recommendations with patient. He understands
and agrees to treatment plan.

S.I.R.S. not met at this time

CLINICAL IMPRESSION:
   s/p assault
   Left orbital floor fracture
   Comminuted lateral orbital wall fracture
   Anterior and posterior wall of maxillary sinus fractures
   Left zygomatic arch fracture
   Medically cleared to return to law enforcement

PLAN:
   Release from ED back to jail
   Strict return precautions
   Rest and fluids
   Follow up with Dr. Landis in 3-5 days

CONDITION:
   Condition  Stable

                 signed by: /es/ CYNTHIA CELLUCCI CHWALIK, MD
                            NPI 1457491359
                            03/07/2019 06:10


BEAVER, CLARENCE
OROVILLE HOSPITAL
Medical Record No.: 495718
DOB: 02/25/1971
Pt Loc: OUTPATIENT

LOCAL TITLE: ER DISCHARGE INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT DISCHARGE NOTE
DATE OF NOTE: MAR 07, 2019@05:24     ENTRY DATE: MAR 07, 2019@05:24:16
    AUTHOR: CELLUCCI CHWALIK,CY  EXP COSIGNER:
    URGENCY:                           STATUS: COMPLETED


                        Oroville Hospital
                   Emergency Services Department
                      2767 Olive Highway
                       Oroville, CA 95966
                        (530)533-8500


Patient Name: CLARENCE BEAVER

This form provides you with initial instructions about your medical care.
Please keep this form with you in case you need further care.

You were seen today by: Dr. Cellucci

Your Diagnosis: Assault, left facial fractures, left leg hematoma

Your expected course of illness is:
  It may take 7-10 days to improve

Instructions:    Apply ice pack to left face 20 minutes 3 times daily
                 Call Dr. Landis as below
                 Do NOT blow through your nose
                 Soft diet for 4 days

Medications:
  None

Follow up Instructions:
  Call Dr. Landis for an appointment next week:  530-533-7900.

*Return to the Emergency Department immediately if you develop any new or
worsening symptoms, your problems persist longer than advised by your
Emergency Department provider, or you have any other concerns.

Instructions given by:


I have received and understand these instructions:


/es/ CYNTHIA CELLUCCI CHWALIK, MD
NPI 1457491359
Signed: 03/07/2019 05:28



COB 00093



COB 00094





COB 00096







COB 00099







COB 00102

COB 00103



COB 00104









COB 00108









COB 00112



COB 00113













COB 00119