1 | RON MARQUEZ, SB# 272963
**LAW OFFICES OF RON MARQUEZ**
2 | 389 Connors Court, Suite G
Chico, California 95926
3 | Telephone: 530.332.8110

4 | Attorneys for Plaintiffs
Clarence Beaver and
5 | Joseph Stilwell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CLARENCE BEAVER and JOSEPH STILWELL, | CASE NO. 2:20-cv-00279-WBS-DB |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR CONTINUANCE OF PRETRIAL CONFERENCE HEARING AND JURY TRIAL AND SETTING SETTLEMENT CONFERENCE** |
| vs. | |
| COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA in his Individual Capacity, DEPUTY PEREZ in his Individual Capacity, DEPUTY WAHLBERG in his Individual Capacity, SERGEANT J. BEHLKE in his Individual Capacity, CORRECTIONAL OFFICERS JOHN DOE 1-10, WELLPATH, LLC, CALIFORNIA FORENSIC MEDICAL GROUP. | |
| Defendants. | |

The matter is on calendar for Pretrial Conference on June 21, 2022 at 1:30 p.m. and Jury Trial commencing August 16, 2022 before the Honorable William B. Shubb.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that:

1. The Pretrial Conference be continued to September 26, 2022 at 1:30 p.m.

2. The Jury Trial be continued to commence on November 1, 2022.

//

//

**Law Office of Ron Marquez**

1 — STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND JURY TRIAL AND SETTING SETTLEMENT CONFERENCE

3. A Settlement Conference is set for before the Honorable Dennis Cota on August 26, 2022 at 10:00 a.m. at the court located at 2986 Bechelli Lane, Redding, CA.

Dated: June 15, 2022        **LAW OFFICES OF RON MARQUEZ**

By:  /s/ Ron Marquez
Ron Marquez
Attorneys for Plaintiffs

Dated: June 15, 2022        **WASHINGTON & WASHINGTON**

By:  /s/ Peter G. Washington
Peter G. Washington
Attorneys for County Defendants

**ORDER**

IT IS SO ORDERED:

1. The Pretrial Conference be continued to **September 26, 2022 at 1:30 p.m.**

2. The Jury Trial be continued to commence on **November 1, 2022 at 9:00 a.m.**

3. A Settlement Conference is set for before the Honorable Dennis Cota on **August 26, 2022 at 10:00 a.m.** at the court located at 2986 Bechelli Lane, Redding, CA. Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is further directed to submit via email to DMCorders@caed.uscourts.gov a confidential settlement conference statement no later than 12:00 PM (Noon) on **August 12, 2022**. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements. However, each party shall e-file a one-page document entitled "Notice of Submission of Confidential Settlement Conference Statement." If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.

Dated: June 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE