GEORGE E. WASHINGTON, State Bar 46281
PETER G. WASHINGTON, State Bar 230514
**WASHINGTON & WASHINGTON**
*Attorneys at Law*
1600 Humboldt Road, Suite 2
Chico, California 95928
Telephone:  (530) 345-0821
Facsimile:   (530) 342-2242

BRAD J. STEPHENS, State Bar No. 212246
**BUTTE COUNTY COUNSEL**
25 County Center Drive, Suite 213
Oroville, California 95965
Telephone: (530) 538-7621

Attorneys for Defendants, SHERIFF KORY L. HONEA, ESTEBAN PEREZ, CHADWICK WALBERG and JASON BEHLKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BEAVER and JOSEPH STILWELL,<br><br>           Plaintiffs,<br><br>     vs.<br><br>COUNTY OF BUTTE, et al.,<br><br>           Defendants. | CASE NO.:  2:20-cv-00279-WBS-DB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |

Having reviewed the Stipulation submitted by the parties and having found good cause therefor,

IT IS HEREBY ORDERED that the Pretrial Conference is continued to **November 21, 2022, at 1:30 p.m.,** and that the Pretrial Conference Statement deadlines will be controlled by the new Pretrial Conference date.  The Jury Trial date is reset for **January 31, 2023, 2022 at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  September 13, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE