# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CLARENCE BEAVER, et al.,  No. 2:20-cv-0279 WBS DB

    Plaintiffs,

    v.

COUNTY OF BUTTE, et al.,

    Defendants.
                                   /

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Joseph L. Stilwell, CDCR # BK-3830, a necessary and material witness in a settlement conference in this case on December 19, 2022, is confined in Avenal State Prison (ASP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dennis M. Cota, by Zoom video conference from his place of confinement, on Monday, December 19, 2022 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Avenal State Prison at (559) 386-2337 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Jodi Palmer, Courtroom Deputy, at jpalmer@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ASP, P. O. Box 8, Avenal, California 93204:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cota at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: November 23, 2022         /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE