PETER G. WASHINGTON, Bar No. 230514
**LOW McKINLEY & SALENKO, LLP**
1600 Humboldt Road, Suite 2
Chico, California 95928
Telephone: (530) 345-0821
Facsimile: (530) 342-2242
Email: pgw@lmblaw.net

BRAD J. STEPHENS, State Bar No. 212246
**BUTTE COUNTY COUNSEL**
25 County Center Drive, Suite 213
Oroville, California 95965
Telephone: (530) 538-7621

Attorneys for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE and ESTEBAN PEREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BEAVER and JOSEPH STILWELL, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF BUTTE, et al., <br><br> Defendants. | CASE NO.: 2:20-cv-00279-WBS-DB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; ORDER OF DISMISSAL** <br><br> [Fed. Rules of Civ. Proc. Rule 41(a)(1)(A)(ii)] |

Plaintiffs CLARENCE BEAVER and JOSEPH STILWELL, and Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE and ESTEBAN PEREZ, by and through their respective counsel, hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(ii) that this entire action be dismissed with prejudice as to all claims with each party to bear their own costs and attorneys' fees.

March 7, 2023                                                              **LAW OFFICES OF RON MARQUEZ**

                                                                                                    /s/ Ron Marquez
                                                                                         RON MARQUEZ
                                                                                         Attorneys for Plaintiffs

...

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND ORDER OF DISMISSAL**                    1

1  Dated:  March 29, 2023                                    **LOW McKINLEY & SALENKO, LLP**

3                                                               /s/Peter G. Washington
                                                              PETER G. WASHINGTON
                                                              Attorneys for Defendants

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED that this action be and hereby is dismissed with prejudice in its entirety and that each party shall bear their own attorneys' fees and costs.  The clerk is directed to close this file.

Dated:  March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE